UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSETTE LEVASSEUR, as Mother and Legal Guardian for REBECCA LEVASSEUR, a Minor, | * * * * |
| Plaintiff, | * Case No. 06-cv-0680 (RMC) |
| v. | * * |
| HOWARD UNIVERSITY HOSPITAL, et al., | * * * |
| Defendants. | * * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER TO COMPLAINT FOR MEDICAL MALPRACTICE

HOWARD UNIVERSITY HOSPITAL and HOWARD UNIVERSITY, Defendants, by and through their attorneys, Hugh W. Farrell, Eric W. Gunderson, and Hugh W. Farrell & Associates, answer the Complaint for Medical Malpractice ("Complaint") filed on behalf of JOSETTE LEVASSEUR, as Mother and Legal Guardian for REBECCA LEVASSEUR, a Minor, and state as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

### THIRD DEFENSE

Plaintiff's claims are barred by laches.

### FOURTH DEFENSE

Plaintiff's alleged injuries and damages were caused by acts or omissions of third parties for which the Defendants are not responsible.

**FIFTH DEFENSE**

Plaintiff's alleged injuries and damages are a result of the natural disease process for which the Defendants are not responsible.

**SIXTH DEFENSE**

Defendants Howard University Hospital and Howard University deny that the minor Plaintiff was injured to the extent claimed and deny that the minor Plaintiff's injuries or damages were caused by the alleged acts of negligence of the Defendants.

**SEVENTH DEFENSE**

As to each of the numbered allegations set forth in the Complaint, Defendants Howard University Hospital and Howard University respond as follows:

**JURISDICTION AND VENUE**

1. Paragraph One is an assertion of law as to this Court's jurisdiction to which Defendants need not reply.

2. Paragraph Two is an assertion of law as to the proper venue for this civil action to which Defendants need not reply.

**PARTIES**

3. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Three, therefore those allegations are denied.

4. Defendants admit the facts alleged in Paragraph Four.

5. Defendants admit the facts alleged in Paragraph Five.

6. Defendants deny that any of its agents or employees committed acts of negligence with respect to the wrongs complained of in the Complaint, therefore Defendants deny all of the facts alleged in Paragraph Six.

7. Defendants admit the facts alleged in Paragraph Five.

8. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Eight, namely that the minor Plaintiff was ever treated at the "Eye Clinic," therefore all allegations contained in Paragraph Eight are denied.

9. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Nine, namely that the minor Plaintiff was ever treated at the "Eye Clinic," therefore all allegations contained in Paragraph Nine are denied.

## FACTS

10. Defendants admit the facts alleged Paragraph Ten.

11. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Eleven, therefore they are denied.

12. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Twelve, therefore they are denied.

13. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Thirteen, namely that the minor Plaintiff was ever treated at the "Eye Clinic," therefore all allegations contained in Paragraph Thirteen are denied.

14. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Fourteen, namely that the minor Plaintiff was ever treated at the "Eye Clinic," therefore all allegations contained in Paragraph Fourteen are denied.

15. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Fifteen, therefore they are denied.

16. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Sixteen, therefore they are denied.

17. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Seventeen, therefore they are denied.

18. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Eighteen, therefore they are denied.

19. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Nineteen, therefore they are denied.

20. Defendants lack sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph Twenty, therefore they are denied.

## COUNT I
### (Medical Negligence)

21. Defendants incorporate as though stated in full each of its responses to the allegations made in Paragraphs 1 through 20 of the Complaint. In addition, Paragraph Twenty-One includes a mixed assertion of law and fact, therefore those additional allegations are denied.

22. The facts alleged in Paragraph Twenty-Two are denied.

23. The facts alleged in Paragraph Twenty-Three, including all of its subparts, are denied.

24. The facts alleged in Paragraph Twenty-Four are denied.

25. The facts alleged in Paragraph Twenty-Five are denied.

WHEREFORE, the Defendants Howard University Hospital Howard University, having fully answered the Complaint against them, request that the Complaint be dismissed with prejudice and attorney's fees and costs be assessed against the Plaintiff.

Respectfully submitted,

HUGH W. FARRELL & ASSOCIATES

*s/ Hugh W. Farrell*
_____
Hugh W. Farrell  #375515
8840 Stanford Boulevard
Suite 2000
Columbia, Maryland 21045
301-596-7222
Hugh.W@farrell-law.com

*s/ Eric W. Gunderson*
_____
Eric W. Gunderson
(signed by Hugh W. Farrell with permission
of Eric W. Gunderson)
8840 Stanford Boulevard
Suite 2000
Columbia, Maryland 21045
301-596-7222
eric@farrell-law.com

**ATTORNEYS FOR DEFENDANTS HOWARD UNIVERSITY HOSPITAL AND HOWARD UNIVERSITY**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of May, 2006, an electronic copy of the foregoing Answer to Complaint for Medical Malpractice was sent via electronic mail to all counsel of record via the Court's CM/ECF system:

*s/ Hugh W. Farrell*
_____
Hugh W. Farrell, #375515