AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

JOSETTE LEVASSEUR, as Parent and
Legal Guardian of REBECCA LEVASSEUR, )
        Plaintiff(s)    )   **APPEARANCE**
                       )
                       )
        vs.          )   CASE NUMBER   06-cv-0680 (RMC)
HOWARD UNIVERSITY HOSPITAL, et al. )
                       )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Eric W. Gunderson   as counsel in this
                                (Attorney's Name)

case for:   Howard University Hospital and Howard University
                         (Name of party or parties)

May 22, 2006
Date

                                Signature

                                Eric W. Gunderson
MD Fed 26319                  Print Name
BAR IDENTIFICATION

                                8840 Stanford Boulevard, Suite 2000
                                Address

                                Columbia, MD 21045
                                City     State     Zip Code

                                301-596-7222
                                Phone Number