UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSETTE LEVASSEUR, as Mother and Legal Guardian for REBECCA LEVASSEUR, a Minor** | : |
| | : |
| **Plaintiff,** | : Civil Action No. 06-0680 (RMC) |
| **v.** | : |
| **HOWARD UNIVERSITY HOSPITAL, et al.** | : |
| **Defendants.** | : |

## MEET AND CONFER STATEMENT

Pursuant to Local Civil Rule 16.3(a), counsel for Plaintiff and Defendants have conferred by telephone and, in accordance with Local Civil Rules 16.3(c) and (d), respectfully submit this report to the Court:

1. The Plaintiff contends that this matter will not likely be decided by dispositive motion. The Defendants agree that this matter will not likely be decided by dispositive motion prior to discovery. No such dispositive motion has been filed to date.

2. The Parties request that the deadline for amendments to the pleadings be September 1, 2006.

3. Plaintiff consents to the referral of this case to a magistrate judge for all purposes, including trial. Defendant does not agree to a referral to a magistrate judge at this time.

4. It is unknown whether there is a substantial likelihood of resolving the case short of trial by virtue of a settlement between the parties.

5. Counsel have discussed alternative dispute resolution and believe that mediation would be the appropriate form of ADR. At the close of all discovery, the parties agree to discuss whether the case should proceed to private mediation.

6. Plaintiff contends that it is unlikely the case can be resolved by summary judgment or other similar dispositive motion at any phase. Defendants contend that some initial discovery is needed before assessing the likelihood of a resolution by means of summary judgment or other dispositive motion.

7. The parties agree to dispense with the requisites of Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The parties do not believe it is necessary to establish limits on interrogatories, depositions or other discovery. Counsel will work together in a cooperative manner to complete all necessary discovery. The parties propose the following discovery schedule:

        Amendments to Pleadings:        09/01/06

        Plaintiff's Experts:        10/01/06

        Defendants' Experts:        11/15/06

        Rebuttal Experts:        12/15/06

        Discovery Closes:        02/01/07

        Dispositive Motions Filed By:        02/15/07

9. The Parties agree to dispense with the exchange of written reports pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure, and counsel agree to identify all expert witnesses and provide written statements (whether by Answer to Interrogatory

or by a separate discovery paper) containing the information required by Rule 26(a)(2)(B), and make all experts available for deposition thereafter.

10. This is not a class action lawsuit.

11. Plaintiff believes that neither the trial nor discovery should be bifurcated or managed in phases. Defendants do not presently request bifurcation of trial or discovery, but reserve the right to request bifurcation after some initial discovery is completed.

12. The parties propose that the final pre-trial conference be scheduled between March 19 and March 30, 2007.

13. The parties believe that it would be appropriate for the Court to set a trial date at the time of the Initial Status Conference. It is anticipated that the trial can be completed in two to three weeks.

Respectfully submitted,

HUGH W. FARRELL & ASSOCIATES                REGAN ZAMBRI & LONG, PLLC

By:  /s/                                                              By:  /s/
    Hugh W. Farrell          #375515                    Salvatore J. Zambri       #439016
    Eric W. Gunderson                                      Lisa Barnett                    #480535
    1100 Connecticut Ave., NW, Suite 600          Jackie Colclough            #434483
    Washington, DC 20036                                1919 M Street, NW, Suite 350
    PH:  (202) 296-4747                                     Washington, DC 20036-3521
    FAX: (202) 496-2800                                    PH:  (202) 463-3030
    *Counsel for Defendants*                            FAX: (202) 463-0667
                                                             *Counsel for Plaintiff*

## **CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on the 23rd day of May, 2006, a copy of the foregoing Meet and Confer Statement was electronically filed in the United States District Court for the District of Columbia and was sent to all counsel of record via the Court's ECM/EF system.

                                                  /s/
                                    Salvatore J. Zambri

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOSETTE LEVASSEUR, as Mother and Legal Guardian for REBECCA LEVASSEUR, a Minor** | : | |
| **Plaintiff,** | : | Civil Action No. 06-0680 (RMC) |
| v. | : | |
| **HOWARD UNIVERSITY HOSPITAL, et al.** | : | |
| **Defendants.** | : | |

## ORDER

Upon consideration of the Meet and Confer Statement submitted by the parties and a review of the file herein, it is this ____ day of _____, 2006:

ORDERED that the following discovery schedule is established for this case:

| | |
|---|---|
| Amendments to Pleadings | 09/01/06 |
| Plaintiff's Experts | 10/01/06 |
| Defendants' Experts | 11/15/06 |
| Rebuttal Experts | 12/15/06 |
| Discovery Closes | 02/01/07 |
| Dispositive Motions Filed By | 02/15/07 |

and it is

FURTHER ORDERED that a follow-up Status Conference is scheduled for _____ __, 2007, at _____ ____, and a Final Pretrial Conference is scheduled for _____ __, 2007, at _____ __; and it is

FURTHER ORDERED that the trial in this case shall begin on _____ __, 2007, at 9:30 a.m.

- 2 -

_____
Rosemary M. Collyer
United States District Judge

cc:    Salvatore J. Zambri, Esquire
       Lisa Barnett, Esquire
       Jackie Colclough, Esquire
       Regan Zambri & Long
       1919 M Street, N.W., Suite 350
       Washington, D.C.  20036

       Hugh W. Farrell, Esquire
       Eric W. Gunderson, Esquire
       Hugh W. Farrell & Associates
       8840 Stanford Blvd.
       Suite 2000
       Columbia, Md. 21045