UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOSETTE LEVASSEUR, as MOTHER** :

      **Plaintiff,** :

v.                          :   Case No. 1:06CV00680

                              :

**HOWARD UNIVERSITY HOSPITAL** :

      **Defendant** :

## AFFIDAVIT OF SERVICE

I, Patricia Shanks, hereby depose and state that:

1. I am a legal assistant with the law firm of Regan, Zambri & Long in the District of Columbia, and our firm has been retained by the plaintiff in connection with this litigation.

2. On or about April 27, 2006, we forwarded by Certified Mail, Return Receipt Requested, a stamped Summons, Complaint, and Initial Order to Defendant Howard University Hospital, 2041 Georgia Avenue, N.W., Washington, DC 20060.

3. On or about May 10, 2006, we received the signed certified return card verifying that the defendant was served with the aforementioned documents on or about May 9, 2006. The certified return card is attached hereto as Attachment A.

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

1

4. Further saith affiant not.

*[signature]*
Patricia Shanks

Subscribed and sworn to before me this 16th day of May 2006.

*[signature]*
Notary Public

My Commission Expires:
May 31, 2006

Regan,
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 5/9/06 |
| 1. Article Addressed to:<br><br>Howard University Hospital<br>2041 Georgia Avenue, NW<br>Washington DC 20060 | D. Is delivery address different from item 1? ☑ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered      ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0006 9049 4704 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540