UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSETTE LEVASSEUR, as Mother and Guardian :
for REBECCA LEVASSEUR, a Minor
:
    Plaintiff,                                   Civil Action No.  06-0680
:
                                               Judge Rosemary M. Collyer
v.                                                :

HOWARD UNIVERSITY HOSPITAL, et al.      :

    Defendants.                                  :

**CONSENT MOTION EXTENDING
EXPERT DESIGNATION DEADLINES**

The Parties, by and through undersigned counsel, respectfully request that the Court extend the deadline for expert designations.  Specifically, the parties are requesting that the Court extend the deadlines for expert designations by two weeks.  Specifically, the parties request that the Court extend Plaintiff's deadline for designating experts from October 30, 2006 to November 13, 2006; Defendants' deadline for designating experts from November 30, 2006 to December 14, 2006; and Plaintiff's deadline for designating rebuttal experts from December 29, 2006 to January 12, 2006.

In further support of the Motion, the Parties state the two week extension of time in the designation of expert witnesses will not result in any additional delays in the case or require modification of any other discovery.  The parties respectfully refer the Court to the attached Memorandum of Points and Authorities.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 1 -

Respectfully submitted,

| | |
|---|---|
| By:_____/s/_____<br>Salvatore J. Zambri         #439016<br>Lisa D. Barnett              #480535<br>Jacqueline T. Colclough   #434483<br>Regan, Zambri & Long, PLLC<br>1919 M Street, N.W., Suite 350<br>Washington, DC  20036<br>(202) 463-3030<br>*Attorneys for the Plaintiff* | By:_____/s/_____<br>Hugh W. Farrell          #375515<br>Eric W. Gunderson       #499340<br><br>Hugh W. Farrell & Associates<br>8840 Stanford Blvd., Suite 2000<br>Columbia, MD  21045<br>(301) 596-7222<br>*Attorneys for Howard Univ. Hosp.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Consent Motion Extending Expert Designation Deadlines, the Memorandum of Points and Authorities in support thereof, and a proposed Order was mailed, postage prepaid, this __1___ day of November, 2006 to:

>Hugh W. Farrell, Esquire
>Eric W. Gunderson, Esquire
>Hugh W. Farrell & Associates
>8840 Stanford Blvd., Suite 2000
>Columbia, MD  21045

_____/s/_____
Salvatore J. Zambri

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSETTE LEVASSEUR, as Mother and Guardian :
for REBECCA LEVASSEUR, a Minor
                                                  :

    Plaintiff,                                           Civil Action No.  06-0680

                                                  :
                                                   Judge Rosemary M. Collyer

v.                                                         :

HOWARD UNIVERSITY HOSPITAL, et al.      :

    **Defendants.**                                             :

**MEMORANDUM OF POINTS
AND AUTHORITIES IN SUPPORT OF CONSENT
MOTION EXTENDING EXPERT DESIGNATION DEADLINES**

1. On or about July 19, 2006, this Court entered a Scheduling Order setting forth the following deadlines for designation of experts:  Plaintiffs – October 30, 2006; Defendants – November 30, 2006; Plaintiffs' Rebuttal Experts – December 29, 2006.

2. At the time of the scheduling conference in this case, Defendants were, and had been, searching for the entire medical record pertaining to minor Plaintiff, Rebecca Levasseur.  According to Defendants, the entire chart, or additional records, recently were located and provided to Plaintiffs.  Plaintiffs have forwarded those recently received records to their experts.  Both parties had postponed discovery in this matter to provide Defendants additional time to search for records. The experts on both sides need additional time to review the records in order to form their opinions.

3. The brief extension for the designation of experts will not cause a delay of the trial and is not expected to cause any further delay in the discovery schedule.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

4.	The parties are requesting that the Court extend the deadlines for designating experts as follows: Plaintiffs' designation of experts extended from October 30, 2006 to November 13, 2006; Defendants' designation of experts extended from November 30, 2006 to December 14, 2006; and Plaintiffs' designation of rebuttal experts extended from December 29, 2006 to January 12, 2007.

5.	The parties have cooperated throughout the litigation and do not expect the brief extensions to cause any delay or postponement of the current trial dates of October 15 to 19, 2007.

In light of the foregoing, the Parties respectfully request that the Court enter the attached Order extending the deadlines for designation of experts as outlined above.

Respectfully submitted,

By:_____/s/_____  
Salvatore J. Zambri         #439016  
Lisa D. Barnett             #480535  
Jacqueline T. Colclough     #434483  
Regan, Zambri & Long, PLLC  
1919 M Street, N.W., Suite 350  
Washington, DC  20036  
(202) 463-3030  
*Attorneys for the Plaintiff*

By:_____/s/_____  
Hugh W. Farrell             #375515  
Eric W. Gunderson           #499340  

Hugh W. Farrell & Associates  
8840 Stanford Blvd., Suite 2000  
Columbia, MD  21045  
(301) 596-7222  
*Attorneys for Howard Univ. Hosp.*

Regan  
Zambri & Long, P.L.L.C.  
1919 M Street, NW  
Suite 350  
Washington, D.C. 20036  

202-463-3030

- 4 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSETTE LEVASSEUR, as Mother and Guardian :
for REBECCA LEVASSEUR, a Minor
                                                    :

    Plaintiff,                                     Civil Action No.  06-0680

                                                    :

                                                    Judge Rosemary M. Collyer

    v.                                                      :

HOWARD UNIVERSITY HOSPITAL, et al.    :

    Defendants.                                 :

**ORDER EXTENDING EXPERT DESIGNATION DEADLINES**

Upon consideration of the Parties' Consent Motion Extending Expert Designation Deadlines, and a review of the record herein, and it appearing to the Court that the granting of this Motion is in the interest of justice, it is this _____ day of _____ , 2006;

ORDERED that the Joint Consent Motion be, and the same hereby is, GRANTED; and it is,

FURTHER ORDERED that the deadlines for designating experts are extended as follows:  Plaintiffs' designation of experts extended from October 30, 2006 to November 13, 2006; Defendants' designation of experts extended from November 30, 2006 to December 14, 2006; and Plaintiffs' designation of rebuttal experts extended from December 29, 2006 to January 12, 2007.

                                                      _____
                                                      **Judge Rosemary M. Collyer**
                                                      U.S. District Judge

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 1 -

cc:     Salvatore Zambri, Esquire
        Lisa D. Barnett, Attorney-at-Law
        Jacqueline T. Colclough, Attorney-at-Law
        Regan Zambri & Long, PLLC
        1919 M Street, NW, Suite 350
        Washington, D.C.  20036

        Hugh W. Farrell, Esquire
        Eric W. Gunderson, Esquire
        Hugh W. Farrell & Associates
        8840 Stanford Blvd., Suite 2000
        Columbia, MD  21045

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -