1

Henry Jampel, M.D., M.H.S.

---

Henry D. Jampel, M.D., M.H.S.
05/19/06

## DEMOGRAPHIC INFORMATION

**Current Appointment:**

Odd Fellows and Rebekahs
Professor of Ophthalmology
Wilmer Ophthalmological Institute
Johns Hopkins University School of Medicine

**Personal data:**

Maumenee B-110
Wilmer Ophthalmological Institute
Johns Hopkins Hospital
600 N. Wolfe St.
Baltimore, MD 21287-9205
Phone: 410-955-6082
Fax: 410-955-1985
E-mail: hjampel@jhmi.edu

## Education and Training:

Harvard College, Cambridge, MA. B.A., 1977 (summa cum laude)
Yale University School of Medicine, New Haven, CT. M.D., 1982
Johns Hopkins University School of Hygeine and Public Health, Baltimore, MD, Masters of
Health Science (MHS) in Health Finance and Management, 1996

Internship:  Sinai Hospital, Baltimore, Maryland, Internal Medicine, (Richard Aach, M.D.),
7/82-6/83.
Residency:  Wilmer Ophthalmological Institute, Johns Hopkins Hospital, Baltimore,
Maryland. (Arnall Patz, M.D.), 7/83-6/86.
Fellowship:  Wilmer Ophthalmological Institute, Johns Hopkins Hospital (Harry Quigley,
M.D.), and Department of Ophthalmology, Sinai Hospital (Irvin Pollack, M.D.),
Baltimore, Maryland. 7/86-7/88.

Henry Jampel, M.D., M.H.S.

**Professional Experience:**

Assistant Professor of Ophthalmology, Johns Hopkins University School of Medicine, 1988-1993

Associate Professor of Ophthalmology, Johns Hopkins University School of Medicine, 1993-2003

Professor of Ophthalmology, Johns Hopkins University School of Medicine, 2003-present.

Odd Fellows and Rebekahs Professor of Ophthalmology, Johns Hopkins University School of Medicine, 2006-present.

## RESEARCH ACTIVITIES

**Publications:**

Peer-reviewed scientific articles:

1.Jampel, Duff, Gershon, Atkins, and Durum.  Fever and Immunoregulation III. Hyperthermia augments the primary in vitro humoral immune response. Journal of Experimental Medicine, 157:1229-1238, 1983.

2.Jampel, Schachat, Conway, Shaver, Coston, Isenhagen, and Green. Retinal pigment epithelial hyperplasia assuming tumor-like proportions: Report of two cases. Retina, 6:105-112, 1986.

3.Jampel, Thompson, Baker, and Stark. A computerized analysis of astigmatism after cataract surgery. Ophthalmic Surg, 17:786-790, 1986.

4.Jampel, Lynch, Brown, Kuhar, and De Souza.  Beta-adrenergic receptors in human trabecular meshwork:  Identification and autoradiographic localization. Invest Ophthalmol Vis Sci 1987;28:772-779.

5.Anhalt, Jampel, Patel, Diaz, Jabs, and Mutasim. Bullous pemphigoid autoantibodies bind to corneal basal cell hemidesmosomes.  Invest Ophthalmol Vis Sci 1987;28:903-907.

6.Jampel, Thompson, Nunez, and Michels.  Corneal astigmatic changes after pars plana vitrectomy.  Retina  1987; 7:223-226.

Henry Jampel, M.D., M.H.S.

7.Jampel, McGuigan, L'Hernault, Dunkelburger, and Quigley. Cellular proliferation following glaucoma filtration surgery. Arch Ophthalmol 1988;106:89-94.

8.Jampel, Robin, Quigley, and Pollack. Apraclonidine Hydrochloride: A one-week dose response study. Arch Ophthalmol 1988;106:1069-1073.

9.Jampel, Morrison, Vocci, and Quigley. Identification of fibrin/fibrinogen in glaucoma filtration surgery wounds. Ophthalmic Surg 1988;19:576-79.

10.Jampel. Hypotony following instillation of apraclonidine to prevent a post trabeculoplasty intraocular pressure rise. Am J Ophthalmol 1989;108:191-192.

11.Schachat, McDonnell, Petty, Jampel, Patel, Wittpenn, and Rapoza. Ophthalmology consultations at a large teaching hospital. Metabolic, Pediatric, and Systemic Ophthalmology 1989; 12:105-09.

12.Dandona, Quigley, and Jampel. Reliability of optic nerve head topographic measurements with computerized image analysis. Am J Ophthalmol 1989;108:414-421.

13.Dandona, Quigley, and Jampel. Variability of depth measurements of the optic nerve head and peri-papillary retina with computerized image analysis. Arch Ophthalmol 1989;107:1786-1792.

14.Jampel, Jabs, and Quigley. Trabeculectomy with 5-fluorouracil for adult inflammatory glaucoma. Am J Ophthalmol, 1990;109:168-173.

15.Jampel, Leong, Dunkelburger, and Quigley. Glaucoma filtration surgery in monkeys using 5-fluorouridine in polyanhydride disks. Arch Ophthalmol, 1990;108:430-435.

16.Jampel HD. Ascorbic acid is cytotoxic to dividing human Tenon's capsule fibroblasts. Arch Ophthalmol 1990; 108:1323-1325.

17.Coleman, Diehl, Jampel, Bachorik, and Quigley. Topical timolol maleate decreases plasma high-density lipoprotein cholesterol. Arch Ophthalmol 1990; 108:1260-1263.

18.Jampel, Roche, Stark, Roberts. Transforming growth factor-ß in human aqueous humor. Curr Eye Res, 1990; 9:963-969.

19.MacCumber, Jampel, Snyder. Ocular effects of the endothelins, abundant peptides in the eye. Arch Ophthalmol 1991; 109:705-709.

20.Pasquale, Traboulsi, Smith, Jampel. Spontaneous filtration blebs in a patient with microspherophakia. Am J Ophthalmol, 1991; 112:351-352.

Henry Jampel, M.D., M.H.S.

21.Jampel, Koya, Leong, Quigley.  In vitro release of hydrophobic drugs from polyanhydride disks.  Ophthalmic Surg, 1991;22:676-680.

22.Coleman AL, Jampel, Javitt JC, Brown AE, and Quigley HA. Transscleral cyclophotocoagulation of human autopsy and monkey eyes. Ophthalmic Surg, 1991;22:638-643.

23.Derick, Pasquale, Quigley, Jampel.  Potential toxicity of mitomycin C. Arch Ophthalmol 1991;109:1635.

24.Pasquale, Thibault, Dorman-Pease, Quigley, Jampel.  Effect of topical mitomycin C on glaucoma filtration surgery in monkeys.  Ophthalmology, 1992; 99:14-18.

25.Jampel, Brown, Roberts, Koya, Quigley.  Effect of paracentesis upon the blood-aqueous barrier of cynomolgus monkeys.  Invest Ophthalmol Vis Sci, 1992; 33:165-171.

26.Glovinsky, Quigley, Drum, Bissett, Jampel.  A whole-field scotopic retinal sensitivity test for the detection of early glaucoma damage.  Arch Ophthalmol 1992;110:486-490.

27.Jampel, Pasquale, DiBernardo.  Hypotony maculopathy following trabeculectomy with mitomycin C.  Arch Ophthalmol, 1992;110:1049-50.

28.Jampel.  Effect of brief exposure to mitomycin C upon viability and proliferation of cultured human Tenon's capsule fibroblasts.  Ophthalmology 1992;99:1471-76.

29.Eliott, O'Brien, Jampel, Green, and Goldberg.  Elevated intraocular pressure, pigment dispersion, and dark hypopyon in endogenous endophthalmitis from Listeria monocytogenes.  Surv Ophthalmol 1992;37:117-124.

30.Heher, Lim, Haller, Jampel.  Late-onset endopthalmitis after Molteno implant surgery. Am J Ophthalmol 1992;114:771-772.

31.Pasquale, Dorman-Pease, Lutty, Quigley, Jampel.  Immunolocalization of TGF-ß1, TGF-ß2, and TGF-ß3 in the anterior segment of the human eye.  Invest Ophthalmol Vis Sci, 1993;34:23-30.

32.Jampel, Thibault, Leong, Uppal, Quigley.  Glaucoma filtration surgery in non-human primates using taxol and etoposide in polyanhydride carriers.  Invest Ophthalmol Vis Sci, 1993;34:3076-3083.

33.Jampel.  Lack of effect of peripheral laser iridotomy in pigment dispersion syndrome. Arch Ophthalmol, 1993;111:1606.

Henry Jampel, M.D., M.H.S.

34. Jampel.  Determination of protein concentration in aqueous humor.  Journal of Glaucoma 1994; 3:5-11.

35. Uppal, Jampel, Quigley, Leong.  Pharmacokinetics of etoposide delivery by a bioerodible drug carrier implanted at glaucoma surgery.  J Ocular Pharmacol 1994; 10: 471-479.

36. Aiello, Avery, Arrigg, Keyt, Jampel, Shah, Pasquale, Thieme, Iwamoto, Park, Nguyen, Aiello, Ferrara, King.  Vascular endothelial growth factor in ocular fluid of patients with diabetic retinopathy and other retinal disorders.  N Engl J Med 1994;331:1480-1487.

37. Abrams, Vitale, Jampel.  Comparison of three tonometers for measuring intraocular pressure in rabbits.  Invest Ophthalmol Vis Sci. 1996; 37:940-944.

38. Jampel, Chen, Chue, Zack.  Expression of Carbonic Anhydrase Isozyme III in the Ciliary Processes and Lens. Invest Ophthalmol Vis Sci., 1997; 38:539-543.

39. Zeimer, Asrani, Zou, Quigley, Jampel.  Quantitative detection of glaucomatous damage at the posterior pole by retinal thickness mapping:  A pilot study. Ophthalmology 1998; 105:224-231.

40. Jampel, Moon, Quigley, Barron, Lam.  Aqueous humor uric and ascorbic acid concentrations and outcomes of trabeculectomy.  Arch. Ophthalmol 1998; 116:281-285.

41. Jampel, Moon.  The effect of paclitaxel powder upon glaucoma filtration surgery in rabbits.  J Glaucoma 1998; 7: 170-177.

42. Jampel.  Glaucoma surgery in the patient undergoing anticoagulation.  J  Glaucoma 1998; 7:278-281.

43. Zhang, Jampel.  Discordance of Primary Infantile Glaucoma in Monozygotic Twins Am J Ophthalmol 1999; 128:97-98.

44. La Borwit, Quigley, Jampel.  Bleb reduction and bleb repair after trabeculectomy. Ophthalmology 2000; 107:712-718.

45. Jampel, Quigley, Kerrigan-Baumrind, Melia, Friedman, and Barron. Risk factors for late-onset infection following glaucoma filtration surgery.  Arch Ophthalmol.2001; 119:1001-1008.

Henry Jampel, M.D., M.H.S.

46. Jampel. Glaucoma patients' assessment of their visual function and quality of life. Trans Am Ophthalmol Soc. 2001;99:301-17.

47. Lum, Schachat, Jampel. The Development and Demise of a Cataract Surgery Database. The Joint Commission Journal on Quality Improvement, 2002;28:108-114.

48. Jampel, Friedman, Quigley, Miller. Correlation of the Binocular Visual Field with Patient Assessment of Vision. Invest Ophthalmol Vis Sci, 2002; 43: 1059-1067.

49. Jampel, Schwartz, Pollack, Abrams, Weiss, and Miller. Glaucoma Patients' Assessment of Their Visual Function and Quality of Life. J Glaucoma 2002;11:154-163.

50. Jampel, Friedman, Lubomski, Kempen, Quigley, Congdon, Levkovitch-Verbin, Robinson, Bass. The methodological rigor of clinical trials on surgical management of eyes with coexisting cataract and glaucoma. Ophthalmology 2002;109:1892-1901.

51. Friedman, Jampel, Lubomski, Kempen, Quigley, Congdon, Levkovitch-Verbin, Robinson, Bass. Intraocular pressure control using surgical management strategies to treat coexisting cataract and glaucoma. Ophthalmology 2002;109:1902-1915..

52. Jampel, Friedman, Lubomski, Kempen, Quigley, Congdon, Levkovitch-Verbin, Robinson, and Bass. Effect of Technique on Intraocular Pressure after Combined Cataract and Glaucoma Surgery: An Evidence Based Review. Ophthalmology 2002;109:2215-2224.

53. Jampel, Bacharach, Sheu, Wohl, Solish, Christie, and the Latanoprost and Unoprostone Study Group. Randomized Clinical Trial of Latanoprost and Unoprostone in Patients with Elevated Intraocular Pressure. American Journal of Ophthalmology 2002;134:863-871.

54. Hylton, Congdon, Friedman, Kempen, Quigley, Bass, and Jampel. Cataract after Glaucoma Filtration Surgery. American Journal of Ophthalmology 2003;135:231-2.

55. Jampel, Schwartz, Robin, Abrams, Johnson, and Miller. Patient Preferences for Eyedrop Characteristics: A willingness to pay analysis. Archives of Ophthalmology 2003;121:540-546.

56. Quigley, Jampel. How are glaucoma patients identified? Journal of Glaucoma 2003; 12:451-455.

Henry Jampel, M.D., M.H.S.

57. Jampel, Parekh, Johnson, Robin, and Miller. Preferences for Eye Drop Characteristics Among Glaucoma Specialists: A Willingness-to-Pay Analysis. Journal of Glaucoma 2005; 14:151-156.

58. Jampel, Musch, Gillespie, Lichter, Wright, Guire, and The Collaborative Initial Glaucoma Treatment Study Group Perioperative Complications of Trabeculectomy in the Collaborative Initial Glaucoma Treatment Study (CIGTS) Am J Ophthalmol, 2005;140:16-22.

59. Jampel, Parekh, Johnson, Miller. Chart documentation by general physicians of the glaucoma medications taken by their patients. Am J Ophthalmol, 2005;140:344-345.

60. Lee, Walt, Doyle, Kotak, Budenz , Chen, Coleman, Feldman, Jampel, Katz, Mills, Myers, Noecker, Piltz-Seymour, Ritch, Schacknow, Serle, Trick. A Multi-center, Retrospective Pilot Study of Resource Utilization and Costs Associated with Severity of Disease in Glaucoma. Arch Ophthalmol. 2006;124:12-19.

61. Jampel, Vitale, Ding, Quigley, Friedman, Congdon, Zeimer. Test-retest variability in structural and functional parameters of glaucoma damage in the Glaucoma Imaging Longitudinal Study (GILS), J Glaucoma. 2006;15:152-7.

62. Mahadevia, Nundy, Frick, Jampel. Medicare Prescription Drug Cards: Effectiveness for Glaucoma Patients. Arch Ophthalmol, in press.

Invited Editorials/Reviews

Jampel. Pathogenesis of primary open angle glaucoma. Current Opinion in Ophthalmology 1990; 1:117-121.

Jampel. Impact of adjuvant chemotherapy upon glaucoma filtration surgery. Journal of Glaucoma, 1993;2:58-63.

Jampel. Target Pressure in Glaucoma Therapy. Journal of Glaucoma, 1997; 6:133-138.

Jampel. The Case for Medical Savings Accounts. Arch Ophthalmol 1997; 115:1185-1188.

Jampel. Laser trabeculoplasty first for chronic open angle glaucoma. Arch Ophthalmol 1998; 116:240-241.

Jampel. We should treat fewer patients with elevated intraocular pressure now that we know the results of the ocular hypertension treatment study. Arch Ophthalmol. 2004 Mar;122(3):378-9

Henry Jampel, M.D., M.H.S.

Piltz-Seymour, Jampel.  The One-Eye drug trial revisited. Ophthalmology. 2004 Mar;111(3):419-20.

Jampel, Mahedevia. Medicare's Prescription Drug Programs: what should you advise your patients?  Ophthalmology. 2006;113:361-2.


Non-peer reviewed articles

1.Jampel.  Postcataract pupillary block versus malignant glaucoma-one or two mechanisms?  Ophthalmic Laser Surgery 1987;2:115-119.

2.Jampel.  Discussion of Nagasubramanian et al.  Ophthalmology 1993; 100; 1323.

3.Iwach, Jampel, Kolker, Mikelberg, Ritch, Shabto, Rosenberg, Wilensky. Clinical Consultation.  Ophthalmic Practice 1993;11:35-40.

4.Jampel.  Patching for corneal abrasions.  JAMA. 1995;274:1504.

Book Chapters/Monographs

1. Pollack, Robin, Streisfeld, del Priore, Jampel, Green, Quigley, Schwartz, and D'Anna. Neodymium-YAG Laser: Histopathology of effects upon monkey trabecular meshwork and role in the treatment of open-angle glaucoma. in Glaucoma Update III, ed. G.K. Krieglstein,  Berlin, Springer-Verlag, 1987, 185-193.

2. Jampel.  Normal (low) tension glaucoma.  Focal points module. American Academy of Ophthalmology, San Francisco, 1991, Module #12.

3. Jampel.  Antifibrosis drugs in filtration surgery.  in Glaucoma : Decision making in therapy / M.G. Bucci (ed).  Berlin ; New York : Springer-Verlag, 1996.

4. Jampel, Nickells, Zack.  Genetics of Glaucoma.  In:  Connor et al. eds.  Principles and Practice of Medical Genetics, 3rd Edition.  Chuchill Livingston, London, 1997; 2505-2521.

Henry Jampel, M.D., M.H.S.

5. Jampel. Glaucoma: A Guide for Patients. San Ramon, CA. The Health Information Network, 1997

6. Jampel. Laser trabeculoplasty. Laser iridotomy. Trabeculectomy. Drainage device surgery. Ciliodestructive procedures. Combined cataract and glaucoma surgery. Surgery for infantile glaucoma. Conjunctival autograft for bleb leak. Drainage of suprachoroidal fluid. in Gottsch JD, Stark WJ, and Goldberg MF., eds., Ophthalmic Surgery, 5th ed. London, Arnold, 1999, 230-282.

7. Tanna and Jampel. Normal-Tension Glaucoma. In Liebmann JM ed., Glaucoma Diagnosis and Management, Ophthalmology Clinics of North America, Philadelphia, W.B. Saunders, 2000, 455-464.

8. Jampel. Intraocular pressure. In Gross RL. Ed., Clinical Glaucoma Management, Philadelphia, W.B. Saunders, 2001, 403-413.

9. Nickells, Jampel, Zack.. Glaucoma. In: Rimion et al. eds. Principles and Practice of Medical Genetics, 4th edition. Chuchill Livingston, London, 2002; 3491-3512.

10. Jampel. Intraocular pressure and tonometry. In Morrison JC and Pollack IP. eds. Glaucoma: Science and Practice. Thieme,New York, 2003; 57-69.

11.Jampel. Glaucoma, In "Pointes de Vue", Spring 2004, pages 31-33.

12. Jampel, Wells, Gupta. Cyclodestruction. In Weinreb RN and Crowston JG, eds. Glaucoma Surgery: Open Angle Glaucoma. Kugler, The Hague, The Netherlands 2005; 117-130.

Thesis

Jampel. Glaucoma Patients' Assessment of Their Visual Function and Quality of Life. Thesis accepted for membership in the American Ophthalmological Society

Evidence Report

Henry Jampel, M.D., M.H.S.

Jampel H, Lubomski L, Friedman D.  Treatment of Coexisting Cataract and Glaucoma.  Evidence Report/Technology Assessment Number 38. (Prepared by Johns Hopkins University Evidence-based Practice Center under Contract No. 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.)  AHRQ Publication No. 03-E041.  Rockville, MD: Agency for Healthcare Research and Quality. June 2003.

Letters to the Editor

Jampel, Lynch, and Brown.  B-adrenergic receptors in human trabecular meshwork. Arch Ophthalmol 1987;105:22.

Asrani, Zeimer, Jampel, Quigley.  Macular symmetry testing for glaucoma detection. J Glaucoma. 2006;15:182.

**Extramural sponsorship**

Current

National Eye Institute, Method for Glaucoma Screening in Primary Care Offices, Ran Zeimer, Principal Investigator, 2/1/05-1/31/08, 25% effort

Previous

National Eye Institute, Early Detection of Glaucoma Damage, Principal Investigator, 20% effort, 8/1/00-7/31/05, $225,000, current year

National Eye Institute,  Prevalence and impact of glaucoma among the very elderly , David Friedman, Principal Investigator, 6/4/01 - 5/31/04, 15% effort

National Eye Institute, Collaborative Initial Glaucoma Treatment Study, Principal Investigator, 8% effort, 7/1/93-6/30/03, $81,083, final  year

National Eye Institute, Glaucoma Surgical Outcomes Study, Principal Investigator, 20% effort, 9/1/00-8/31/02, $100,000, first year

Henry Jampel, M.D., M.H.S.

Agency for Health Care Policy and Research, Management of Co-Existing Cataract and Glaucoma ,Principal Investigator, 20% effort, 10/1/99-09/30/00, $151,500

Glaucoma Research Foundation, Improving the Sensitivity of Binocular Visual Field Testing, Principal Investigator, 9/1/99-8/31/00, $50,000

Glaucoma Research Foundation, Preference Values for Vision in Glaucoma Patients, Principal Investigator, 9/1/98-8/31/99, $36,000

Alcon Pharmaceutical Co., Drug modulation of glaucoma surgery, Principal Investigator, 5% effort, 5/1/96-11/15/96, $29,000

Glaucoma Foundation, Adrenergic receptors of the ciliary epithelium, 11/93-10/94, $12,000

## EDUCATIONAL ACTIVITIES

**Teaching:**

Classroom:

"Drugs and the eye" One hour lecture to second year medical students as part of their Pharmacology course.

"Glaucoma" One hour lecture and one hour practicum for medical students taking the one week required clerkship, twice a year.

Tutorial in Glaucoma. One hour informal classroom session with medical students taking the one month Ophthalmology elective.

Resident lectures: Approximately 6-8 one hour lectures per year.

Clinical instruction:

Medical students and residents are regularly with me in the operating room and in the clinic.

Henry Jampel, M.D., M.H.S.

CME instruction:

> Instructional lectures given in the Wilmer Institute's Current Concepts Courses in Puerto Rico and Baltimore from 1988-2002

> Invited speaker at the annual Continuing Medical Education Course sponsored by the University of Maryland, 1995-2002

**Mentoring:**

Residents:

> Personal Mentor to Diana Do, 2000-2003.

Medical Students:

> Parag Parek, 6/00-8/00.

Clinical Fellows:

> Anne. L. Coleman, M.D., Ph.D., 1988-1990, Associate Professor of Ophthalmology, University of California, Los Angeles
>
> Yosef Glovinsky, M.D.
>
> Robert Derick, M.D., 1990-1991, Clinical Associate Professor Ohio State University
>
> Claude F. Burgoyne, M.D, 1991-1993, Associate Professor, Department of Ophthalmology, Louisiana State University Medical School
>
> Stephen C. Gieser, M.D., 1993-1994
>
> Sade Kosoko, M.D., M.P.H., 1993-1994, University of Nebraska School of Medicine
>
> Agnes Huang, M.D., 1994-1995, Virginia Mason Medical Center, Seattle, WA
>
> Scott Smith, M.D., 1994-1996, Cleveland Clinic, Cleveland, OH
>
> Gail Schwartz, M.D., 1995-1996, Assistant Professor of Ophthalmology, Johns Hopkins University
>
> Scott LaBorwit, M.D.,1998-1999

Henry Jampel, M.D., M.H.S.

Clinical and Research Fellows

Louis Pasquale, M.D., 1990-1992, Assistant Professor of Ophthalmology, Harvard Medical School

John Nordlund, M.D., Ph.D., Duluth, MN

Mark Juzych, M.D., 1993-1994, Assistant Professor of Ophthalmology, Wayne State University School of Medicine

Research Fellows

Lalit Dandona, M.D., M.P.H., 1989-1991

Paroo Koya, M.S.

Jung Il Moon, M.D., Ph.D., 1995-Dec. 1996 Associate Professor of Ophthalmology, Catholic University School of Medicine, Seoul, KOREA

Chan Kee Park, M.D., Ph.D., March '00-November '01-Associate Professor of Ophthalmology, Catholic University School of Medicine, Seoul, KOREA

**Editorial Activities:**

Associate Editor-in-Chief, Ophthalmology

Administrative Editor, Practical Reviews in Ophthalmology

Editorial Board, Journal of Glaucoma

Editorial Board, Investigative Ophthalmology and Visual Science (2001-2003)

Reviewer for Journals:

Investigative Ophthalmology and Visual Science

American Journal of Ophthalmology

Archives of Ophthalmology

Ophthalmology

Current Eye Research

Journal of Glaucoma

1

Henry Jampel, M.D., M.H.S.

---

Henry D. Jampel, M.D., M.H.S.
05/19/06

## DEMOGRAPHIC INFORMATION

**Current Appointment:**

Odd Fellows and Rebekahs
Professor of Ophthalmology
Wilmer Ophthalmological Institute
Johns Hopkins University School of Medicine

**Personal data:**

Maumenee B-110
Wilmer Ophthalmological Institute
Johns Hopkins Hospital
600 N. Wolfe St.
Baltimore, MD 21287-9205
Phone: 410-955-6082
Fax:  410-955-1985
E-mail: hjampel@jhmi.edu

## Education and Training:

Harvard College, Cambridge, MA.  B.A., 1977 (summa cum laude)
Yale University School of Medicine, New Haven, CT.  M.D., 1982
Johns Hopkins University School of Hygeine and Public Health, Baltimore, MD, Masters of Health Science (MHS) in Health Finance and Management, 1996

| | |
|---|---|
| Internship: | Sinai Hospital, Baltimore, Maryland, Internal Medicine, (Richard Aach, M.D.), 7/82-6/83. |
| Residency: | Wilmer Ophthalmological Institute, Johns Hopkins Hospital, Baltimore, Maryland. (Arnall Patz, M.D.), 7/83-6/86. |
| Fellowship: | Wilmer Ophthalmological Institute, Johns Hopkins Hospital (Harry Quigley, M.D.), and Department of Ophthalmology, Sinai Hospital (Irvin Pollack, M.D.), Baltimore, Maryland. 7/86-7/88. |

Henry Jampel, M.D., M.H.S.

**Professional Experience:**

Assistant Professor of Ophthalmology, Johns Hopkins University School of Medicine, 1988-1993

Associate Professor of Ophthalmology, Johns Hopkins University School of Medicine, 1993-2003

Professor of Ophthalmology, Johns Hopkins University School of Medicine, 2003-present.

Odd Fellows and Rebekahs Professor of Ophthalmology, Johns Hopkins University School of Medicine, 2006-present.

## RESEARCH ACTIVITIES

**Publications:**

Peer-reviewed scientific articles:

1.Jampel, Duff, Gershon, Atkins, and Durum.  Fever and Immunoregulation III. Hyperthermia augments the primary in vitro humoral immune response. Journal of Experimental Medicine, 157:1229-1238, 1983.

2.Jampel, Schachat, Conway, Shaver, Coston, Isenhagen, and Green. Retinal pigment epithelial hyperplasia assuming tumor-like proportions: Report of two cases. Retina, 6:105-112, 1986.

3.Jampel, Thompson, Baker, and Stark. A computerized analysis of astigmatism after cataract surgery. Ophthalmic Surg, 17:786-790, 1986.

4.Jampel, Lynch, Brown, Kuhar, and De Souza.  Beta-adrenergic receptors in human trabecular meshwork:  Identification and autoradiographic localization. Invest Ophthalmol Vis Sci 1987;28:772-779.

5.Anhalt, Jampel, Patel, Diaz, Jabs, and Mutasim. Bullous pemphigoid autoantibodies bind to corneal basal cell hemidesmosomes.  Invest Ophthalmol Vis Sci 1987;28:903-907.

6.Jampel, Thompson, Nunez, and Michels.  Corneal astigmatic changes after pars plana vitrectomy.  Retina  1987; 7:223-226.

Henry Jampel, M.D., M.H.S.

7. Jampel, McGuigan, L'Hernault, Dunkelburger, and Quigley. Cellular proliferation following glaucoma filtration surgery. Arch Ophthalmol 1988;106:89-94.

8. Jampel, Robin, Quigley, and Pollack. Apraclonidine Hydrochloride: A one-week dose response study. Arch Ophthalmol 1988;106:1069-1073.

9. Jampel, Morrison, Vocci, and Quigley. Identification of fibrin/fibrinogen in glaucoma filtration surgery wounds. Ophthalmic Surg 1988;19:576-79.

10. Jampel. Hypotony following instillation of apraclonidine to prevent a post trabeculoplasty intraocular pressure rise. Am J Ophthalmol 1989;108:191-192.

11. Schachat, McDonnell, Petty, Jampel, Patel, Wittpenn, and Rapoza. Ophthalmology consultations at a large teaching hospital. Metabolic, Pediatric, and Systemic Ophthalmology 1989; 12:105-09.

12. Dandona, Quigley, and Jampel. Reliability of optic nerve head topographic measurements with computerized image analysis. Am J Ophthalmol 1989;108:414-421.

13. Dandona, Quigley, and Jampel. Variability of depth measurements of the optic nerve head and peri-papillary retina with computerized image analysis. Arch Ophthalmol 1989;107:1786-1792.

14. Jampel, Jabs, and Quigley. Trabeculectomy with 5-fluorouracil for adult inflammatory glaucoma. Am J Ophthalmol, 1990;109:168-173.

15. Jampel, Leong, Dunkelburger, and Quigley. Glaucoma filtration surgery in monkeys using 5-fluorouridine in polyanhydride disks. Arch Ophthalmol, 1990;108:430-435.

16. Jampel HD. Ascorbic acid is cytotoxic to dividing human Tenon's capsule fibroblasts. Arch Ophthalmol 1990; 108:1323-1325.

17. Coleman, Diehl, Jampel, Bachorik, and Quigley. Topical timolol maleate decreases plasma high-density lipoprotein cholesterol. Arch Ophthalmol 1990; 108:1260-1263.

18. Jampel, Roche, Stark, Roberts. Transforming growth factor-ß in human aqueous humor. Curr Eye Res, 1990; 9:963-969.

19. MacCumber, Jampel, Snyder. Ocular effects of the endothelins, abundant peptides in the eye. Arch Ophthalmol 1991; 109:705-709.

20. Pasquale, Traboulsi, Smith, Jampel. Spontaneous filtration blebs in a patient with microspherophakia. Am J Ophthalmol, 1991; 112:351-352.

Henry Jampel, M.D., M.H.S.

21.Jampel, Koya, Leong, Quigley.  In vitro release of hydrophobic drugs from polyanhydride disks.  Ophthalmic Surg, 1991;22:676-680.

22.Coleman AL, Jampel, Javitt JC, Brown AE, and Quigley HA. Transscleral cyclophotocoagulation of human autopsy and monkey eyes. Ophthalmic Surg, 1991;22:638-643.

23.Derick, Pasquale, Quigley, Jampel.  Potential toxicity of mitomycin C. Arch Ophthalmol 1991;109:1635.

24.Pasquale, Thibault, Dorman-Pease, Quigley, Jampel.  Effect of topical mitomycin C on glaucoma filtration surgery in monkeys.  Ophthalmology, 1992; 99:14-18.

25.Jampel, Brown, Roberts, Koya, Quigley.  Effect of paracentesis upon the blood-aqueous barrier of cynomolgus monkeys.  Invest Ophthalmol Vis Sci, 1992; 33:165-171.

26.Glovinsky, Quigley, Drum, Bissett, Jampel.  A whole-field scotopic retinal sensitivity test for the detection of early glaucoma damage.  Arch Ophthalmol 1992;110:486-490.

27.Jampel, Pasquale, DiBernardo.  Hypotony maculopathy following trabeculectomy with mitomycin C.  Arch Ophthalmol, 1992;110:1049-50.

28.Jampel.  Effect of brief exposure to mitomycin C upon viability and proliferation of cultured human Tenon's capsule fibroblasts.  Ophthalmology 1992;99:1471-76.

29.Eliott, O'Brien, Jampel, Green, and Goldberg.  Elevated intraocular pressure, pigment dispersion, and dark hypopyon in endogenous endophthalmitis from Listeria monocytogenes.  Surv Ophthalmol 1992;37:117-124.

30.Heher, Lim, Haller, Jampel.  Late-onset endopthalmitis after Molteno implant surgery. Am J Ophthalmol 1992;114:771-772.

31.Pasquale, Dorman-Pease, Lutty, Quigley, Jampel.  Immunolocalization of TGF-ß1, TGF-ß2, and TGF-ß3 in the anterior segment of the human eye.  Invest Ophthalmol Vis Sci, 1993;34:23-30.

32.Jampel, Thibault, Leong, Uppal, Quigley.  Glaucoma filtration surgery in non-human primates using taxol and etoposide in polyanhydride carriers.  Invest Ophthalmol Vis Sci, 1993;34:3076-3083.

33.Jampel.  Lack of effect of peripheral laser iridotomy in pigment dispersion syndrome. Arch Ophthalmol, 1993;111:1606.

5

Henry Jampel, M.D., M.H.S.

34. Jampel. Determination of protein concentration in aqueous humor. Journal of Glaucoma 1994; 3:5-11.

35. Uppal, Jampel, Quigley, Leong. Pharmacokinetics of etoposide delivery by a bioerodible drug carrier implanted at glaucoma surgery. J Ocular Pharmacol 1994; 10: 471-479.

36. Aiello, Avery, Arrigg, Keyt, Jampel, Shah, Pasquale, Thieme, Iwamoto, Park, Nguyen, Aiello, Ferrara, King. Vascular endothelial growth factor in ocular fluid of patients with diabetic retinopathy and other retinal disorders. N Engl J Med 1994;331:1480-1487.

37. Abrams, Vitale, Jampel. Comparison of three tonometers for measuring intraocular pressure in rabbits. Invest Ophthalmol Vis Sci. 1996; 37:940-944.

38. Jampel, Chen, Chue, Zack. Expression of Carbonic Anhydrase Isozyme III in the Ciliary Processes and Lens. Invest Ophthalmol Vis Sci., 1997; 38:539-543.

39. Zeimer, Asrani, Zou, Quigley, Jampel. Quantitative detection of glaucomatous damage at the posterior pole by retinal thickness mapping: A pilot study. Ophthalmology 1998; 105:224-231.

40. Jampel, Moon, Quigley, Barron, Lam. Aqueous humor uric and ascorbic acid concentrations and outcomes of trabeculectomy. Arch. Ophthalmol 1998; 116:281-285.

41. Jampel, Moon. The effect of paclitaxel powder upon glaucoma filtration surgery in rabbits. J Glaucoma 1998; 7: 170-177.

42. Jampel. Glaucoma surgery in the patient undergoing anticoagulation. J Glaucoma 1998; 7:278-281.

43. Zhang, Jampel. Discordance of Primary Infantile Glaucoma in Monozygotic Twins Am J Ophthalmol 1999; 128:97-98.

44. La Borwit, Quigley, Jampel. Bleb reduction and bleb repair after trabeculectomy. Ophthalmology 2000; 107:712-718.

45. Jampel, Quigley, Kerrigan-Baumrind, Melia, Friedman, and Barron. Risk factors for late-onset infection following glaucoma filtration surgery. Arch Ophthalmol.2001; 119:1001-1008.

Henry Jampel, M.D., M.H.S.

46. Jampel. Glaucoma patients' assessment of their visual function and quality of life. Trans Am Ophthalmol Soc. 2001;99:301-17.

47. Lum, Schachat, Jampel. The Development and Demise of a Cataract Surgery Database. The Joint Commission Journal on Quality Improvement, 2002;28:108-114.

48. Jampel, Friedman, Quigley, Miller. Correlation of the Binocular Visual Field with Patient Assessment of Vision. Invest Ophthalmol Vis Sci, 2002; 43: 1059-1067.

49. Jampel, Schwartz, Pollack, Abrams, Weiss, and Miller. Glaucoma Patients' Assessment of Their Visual Function and Quality of Life. J Glaucoma 2002;11:154-163.

50. Jampel, Friedman, Lubomski, Kempen, Quigley, Congdon, Levkovitch-Verbin, Robinson, Bass. The methodological rigor of clinical trials on surgical management of eyes with coexisting cataract and glaucoma. Ophthalmology 2002;109:1892-1901.

51. Friedman, Jampel, Lubomski, Kempen, Quigley, Congdon, Levkovitch-Verbin, Robinson, Bass. Intraocular pressure control using surgical management strategies to treat coexisting cataract and glaucoma. Ophthalmology 2002;109:1902-1915..

52. Jampel, Friedman, Lubomski, Kempen, Quigley, Congdon, Levkovitch-Verbin, Robinson, and Bass. Effect of Technique on Intraocular Pressure after Combined Cataract and Glaucoma Surgery: An Evidence Based Review. Ophthalmology 2002;109:2215-2224.

53. Jampel, Bacharach, Sheu, Wohl, Solish, Christie, and the Latanoprost and Unoprostone Study Group. Randomized Clinical Trial of Latanoprost and Unoprostone in Patients with Elevated Intraocular Pressure. American Journal of Ophthalmology 2002;134:863-871.

54. Hylton, Congdon, Friedman, Kempen, Quigley, Bass, and Jampel. Cataract after Glaucoma Filtration Surgery. American Journal of Ophthalmology 2003;135:231-2.

55. Jampel, Schwartz, Robin, Abrams, Johnson, and Miller. Patient Preferences for Eyedrop Characteristics: A willingness to pay analysis. Archives of Ophthalmology 2003;121:540-546.

56. Quigley, Jampel. How are glaucoma patients identified? Journal of Glaucoma 2003; 12:451-455.

7

Henry Jampel, M.D., M.H.S.

57. Jampel, Parekh, Johnson, Robin, and Miller. Preferences for Eye Drop Characteristics Among Glaucoma Specialists: A Willingness-to-Pay Analysis. Journal of Glaucoma 2005; 14:151-156.

58. Jampel, Musch, Gillespie, Lichter, Wright, Guire, and The Collaborative Initial Glaucoma Treatment Study Group Perioperative Complications of Trabeculectomy in the Collaborative Initial Glaucoma Treatment Study (CIGTS) Am J Ophthalmol, 2005;140:16-22.

59. Jampel, Parekh, Johnson, Miller. Chart documentation by general physicians of the glaucoma medications taken by their patients. Am J Ophthalmol, 2005;140:344-345.

60. Lee, Walt, Doyle, Kotak, Budenz , Chen, Coleman, Feldman, Jampel, Katz, Mills, Myers, Noecker, Piltz-Seymour, Ritch, Schacknow, Serle, Trick. A Multi-center, Retrospective Pilot Study of Resource Utilization and Costs Associated with Severity of Disease in Glaucoma. Arch Ophthalmol. 2006;124:12-19.

61. Jampel, Vitale, Ding, Quigley, Friedman, Congdon, Zeimer. Test-retest variability in structural and functional parameters of glaucoma damage in the Glaucoma Imaging Longitudinal Study (GILS), J Glaucoma. 2006;15:152-7.

62. Mahadevia, Nundy, Frick, Jampel. Medicare Prescription Drug Cards: Effectiveness for Glaucoma Patients. Arch Ophthalmol, in press.

Invited Editorials/Reviews

Jampel. Pathogenesis of primary open angle glaucoma. Current Opinion in Ophthalmology 1990; 1:117-121.

Jampel. Impact of adjuvant chemotherapy upon glaucoma filtration surgery. Journal of Glaucoma, 1993;2:58-63.

Jampel. Target Pressure in Glaucoma Therapy. Journal of Glaucoma, 1997; 6:133-138.

Jampel. The Case for Medical Savings Accounts. Arch Ophthalmol 1997; 115:1185-1188.

Jampel. Laser trabeculoplasty first for chronic open angle glaucoma. Arch Ophthalmol 1998; 116:240-241.

Jampel. We should treat fewer patients with elevated intraocular pressure now that we know the results of the ocular hypertension treatment study. Arch Ophthalmol. 2004 Mar;122(3):378-9

Henry Jampel, M.D., M.H.S.

Piltz-Seymour, Jampel.  The One-Eye drug trial revisited. Ophthalmology. 2004 Mar;111(3):419-20.

Jampel, Mahedevia. Medicare's Prescription Drug Programs: what should you advise your patients?  Ophthalmology. 2006;113:361-2.


## Non-peer reviewed articles

1.Jampel.  Postcataract pupillary block versus malignant glaucoma-one or two mechanisms?  Ophthalmic Laser Surgery 1987;2:115-119.

2.Jampel.  Discussion of Nagasubramanian et al.  Ophthalmology 1993; 100; 1323.

3.Iwach, Jampel, Kolker, Mikelberg, Ritch, Shabto, Rosenberg, Wilensky. Clinical Consultation.  Ophthalmic Practice 1993;11:35-40.

4.Jampel.  Patching for corneal abrasions.  JAMA. 1995;274:1504.

## Book Chapters/Monographs

1. Pollack, Robin, Streisfeld, del Priore, Jampel, Green, Quigley, Schwartz, and D'Anna.  Neodymium-YAG Laser: Histopathology of effects upon monkey trabecular meshwork and role in the treatment of open-angle glaucoma. in Glaucoma Update III, ed. G.K. Krieglstein,  Berlin, Springer-Verlag, 1987, 185-193.

2. Jampel.  Normal (low) tension glaucoma.  Focal points module. American Academy of Ophthalmology, San Francisco, 1991, Module #12.

3. Jampel.  Antifibrosis drugs in filtration surgery.  in Glaucoma : Decision making in therapy / M.G. Bucci (ed).  Berlin ; New York : Springer-Verlag, 1996.

4. Jampel, Nickells, Zack.  Genetics of Glaucoma.  In:  Connor et al. eds.  Principles and Practice of Medical Genetics, 3rd Edition.  Chuchill Livingston, London, 1997; 2505-2521.

9

Henry Jampel, M.D., M.H.S.

5. Jampel. Glaucoma: A Guide for Patients. San Ramon, CA. The Health Information Network, 1997

6. Jampel. Laser trabeculoplasty. Laser iridotomy. Trabeculectomy. Drainage device surgery. Ciliodestructive procedures. Combined cataract and glaucoma surgery. Surgery for infantile glaucoma. Conjunctival autograft for bleb leak. Drainage of suprachoroidal fluid. in Gottsch JD, Stark WJ, and Goldberg MF., eds., Ophthalmic Surgery, 5th ed. London, Arnold, 1999, 230-282.

7. Tanna and Jampel. Normal-Tension Glaucoma. In Liebmann JM ed., Glaucoma Diagnosis and Management, Ophthalmology Clinics of North America, Philadelphia, W.B. Saunders, 2000, 455-464.

8. Jampel. Intraocular pressure. In Gross RL. Ed., Clinical Glaucoma Management, Philadelphia, W.B. Saunders, 2001, 403-413.

9. Nickells, Jampel, Zack.. Glaucoma. In: Rimion et al. eds. Principles and Practice of Medical Genetics, 4th edition. Chuchill Livingston, London, 2002; 3491-3512.

10. Jampel. Intraocular pressure and tonometry. In Morrison JC and Pollack IP. eds. Glaucoma: Science and Practice. Thieme,New York, 2003; 57-69.

11.Jampel. Glaucoma, In "Pointes de Vue", Spring 2004, pages 31-33.

12. Jampel, Wells, Gupta. Cyclodestruction. In Weinreb RN and Crowston JG, eds. Glaucoma Surgery: Open Angle Glaucoma. Kugler, The Hague, The Netherlands 2005; 117-130.

Thesis

Jampel. Glaucoma Patients' Assessment of Their Visual Function and Quality of Life. Thesis accepted for membership in the American Ophthalmological Society

Evidence Report

Henry Jampel, M.D., M.H.S.

Jampel H, Lubomski L, Friedman D.  Treatment of Coexisting Cataract and Glaucoma. Evidence Report/Technology Assessment Number 38. (Prepared by Johns Hopkins University Evidence-based Practice Center under Contract No. 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.)  AHRQ Publication No. 03-E041.  Rockville, MD: Agency for Healthcare Research and Quality. June 2003.

Letters to the Editor

Jampel, Lynch, and Brown.  B-adrenergic receptors in human trabecular meshwork. Arch Ophthalmol 1987;105:22.

Asrani, Zeimer, Jampel, Quigley.  Macular symmetry testing for glaucoma detection. J Glaucoma. 2006;15:182.

**Extramural sponsorship**

Current

National Eye Institute, Method for Glaucoma Screening in Primary Care Offices, Ran Zeimer, Principal Investigator, 2/1/05-1/31/08, 25% effort

Previous

National Eye Institute, Early Detection of Glaucoma Damage, Principal Investigator, 20% effort, 8/1/00-7/31/05, $225,000, current year

National Eye Institute,  Prevalence and impact of glaucoma among the very elderly , David Friedman, Principal Investigator, 6/4/01 - 5/31/04, 15% effort

National Eye Institute, Collaborative Initial Glaucoma Treatment Study, Principal Investigator, 8% effort, 7/1/93-6/30/03, $81,083, final  year

National Eye Institute, Glaucoma Surgical Outcomes Study, Principal Investigator, 20% effort, 9/1/00-8/31/02, $100,000, first year

Henry Jampel, M.D., M.H.S.

Agency for Health Care Policy and Research, Management of Co-Existing Cataract and Glaucoma ,Principal Investigator, 20% effort, 10/1/99-09/30/00, $151,500

Glaucoma Research Foundation, Improving the Sensitivity of Binocular Visual Field Testing, Principal Investigator, 9/1/99-8/31/00, $50,000

Glaucoma Research Foundation, Preference Values for Vision in Glaucoma Patients, Principal Investigator, 9/1/98-8/31/99, $36,000

Alcon Pharmaceutical Co., Drug modulation of glaucoma surgery, Principal Investigator, 5% effort, 5/1/96-11/15/96, $29,000

Glaucoma Foundation, Adrenergic receptors of the ciliary epithelium, 11/93-10/94, $12,000

## EDUCATIONAL ACTIVITIES

**Teaching:**

Classroom:

"Drugs and the eye" One hour lecture to second year medical students as part of their Pharmacology course.

"Glaucoma" One hour lecture and one hour practicum for medical students taking the one week required clerkship, twice a year.

Tutorial in Glaucoma. One hour informal classroom session with medical students taking the one month Ophthalmology elective.

Resident lectures: Approximately 6-8 one hour lectures per year.

Clinical instruction:

Medical students and residents are regularly with me in the operating room and in the clinic.

Henry Jampel, M.D., M.H.S.

CME instruction:

Instructional lectures given in the Wilmer Institute's Current Concepts Courses in Puerto Rico and Baltimore from 1988-2002

Invited speaker at the annual Continuing Medical Education Course sponsored by the University of Maryland, 1995-2002

**Mentoring:**

Residents:

Personal Mentor to Diana Do, 2000-2003.

Medical Students:

Parag Parek, 6/00-8/00.

Clinical Fellows:

Anne. L. Coleman, M.D., Ph.D., 1988-1990, Associate Professor of Ophthalmology, University of California, Los Angeles

Yosef Glovinsky, M.D.

Robert Derick, M.D., 1990-1991, Clinical Associate Professor Ohio State University

Claude F. Burgoyne, M.D, 1991-1993, Associate Professor, Department of Ophthalmology, Louisiana State University Medical School

Stephen C. Gieser, M.D., 1993-1994

Sade Kosoko, M.D., M.P.H., 1993-1994, University of Nebraska School of Medicine

Agnes Huang, M.D., 1994-1995, Virginia Mason Medical Center, Seattle, WA

Scott Smith, M.D., 1994-1996, Cleveland Clinic, Cleveland, OH

Gail Schwartz, M.D., 1995-1996, Assistant Professor of Ophthalmology, Johns Hopkins University

Scott LaBorwit, M.D.,1998-1999

Henry Jampel, M.D., M.H.S.

Clinical and Research Fellows

Louis Pasquale, M.D., 1990-1992, Assistant Professor of Ophthalmology, Harvard Medical School

John Nordlund, M.D., Ph.D., Duluth, MN

Mark Juzych, M.D., 1993-1994, Assistant Professor of Ophthalmology, Wayne State University School of Medicine

Research Fellows

Lalit Dandona, M.D., M.P.H., 1989-1991

Paroo Koya, M.S.

Jung Il Moon, M.D., Ph.D., 1995-Dec. 1996 Associate Professor of Ophthalmology, Catholic University School of Medicine, Seoul, KOREA

Chan Kee Park, M.D., Ph.D., March '00-November '01-Associate Professor of Ophthalmology, Catholic University School of Medicine, Seoul, KOREA

**Editorial Activities:**

Associate Editor-in-Chief, <u>Ophthalmology</u>

Administrative Editor, <u>Practical Reviews in Ophthalmology</u>

Editorial Board, <u>Journal of Glaucoma</u>

Editorial Board, <u>Investigative Ophthalmology and Visual Science (2001-2003)</u>

Reviewer for Journals:

Investigative Ophthalmology and Visual Science

American Journal of Ophthalmology

Archives of Ophthalmology

Ophthalmology

Current Eye Research

Journal of Glaucoma

Henry Jampel, M.D., M.H.S.

Journal of the American Medical Association

Journal of Neurology, Neurosurgery, and Psychiatry

Comprehensive Ophthalmology Update

British Journal of Ophthalmology

Ophthalmic Research

Quality of Life Research

# CLINICAL ACTIVITIES

## Certification:

State medical license:    Maryland, 1986  D34023

Board Certification:    American Board of Ophthalmology, 1987

## Service Responsibilities:

Glaucoma subspecialist.

Outpatient clinic two full days a week.

Operating room, one full day a week.

# ORGANIZATIONAL ACTIVITIES

Institutional Administrative Appointments

Wilmer resident selection committee, 1988-1990.

Subcommittee on Allied Health Personnel, Chairman, 1990-1996.

Wilmer Friday Afternoon Research Meeting, Co-director, 1990-1992.

Wilmer Clinical Practice Advisory Committee, 1991-present.

Committee on Residency Training at Wilmer, 1992

Medical School Council, 1996-2000.

Practice Management Committee of the CPA, 2005

Medical Director of Wilmer Eye Institute Greenspring Station Satellite, 2005

Henry Jampel, M.D., M.H.S.

## Professional Societies

American Academy of Ophthalmology, 1984-present.

Association for Research in Vision and Ophthalmology, 1984-present.

American Glaucoma Society, 1990-present.

American Ophthalmological Society-2001-present

## CME course directorships:

Maryland Society of Eye Physicians and Surgeons Annual Scientific Meeting-1994

Maryland Society of Eye Physicians and Surgeons Annual Scientific Meeting-1995

Practical  Issues in the Diagnosis and Treatment of Glaucoma-Johns Hopkins-1995

Managing Glaucoma in Our Patients and Populace-Johns Hopkins-Sept.1997

## Advisory Committees/Review Groups

Associate Secretary for Outcomes, American Academy of Ophthalmology, 1996-2000

Steering Committee, Collaborative Initial Glaucoma Treatment Study (National Eye Institute)1997-1999

Eye Health and Public Information Task Force, 2001-2004

Anterior Eye Disease Study Section (National Institute of Health/National Eye Institute), June 20, 2005

Glaucoma Preferred Practice Pattern Committee (American Academy of Ophthalmology) 1994-present.

Steering Group, Cochrane Eyes and Vision Group@US, 2002-present.

Outcomes and Quality of Care Subcommittee, American Glaucoma Society, 2002-present.

Research Subcommittee, American Glaucoma Society, 2004-present.

## Consultantships

Alcon Corporation, 1996-consulted on potential research program in glaucoma surgery

Pharmacia Corporation, 1997-consulted on educational programs

Henry Jampel, M.D., M.H.S.

MEMX Corporation, 2004-2006-consultant for transcorneal drainage devic

## RECOGNITION

Awards and Honors

National Merit Scholar, 1973.

Harvard College Scholar, 1973

John Harvard Scholar, 1974-1977

Phi Beta Kappa, 1977

Heed Fellow, 1986-1987

Heed-Knapp Fellow, 1987-1988

Research to Prevent Blindness Manpower Award, 1992 ($20,000)

Honor Award, American Academy of Ophthalmology, 1998

Research to Prevent Blindness Physician-Scientist Award, 2002 ($55,000)

Named Lectures

Robert S. Jampel Lectureship, Kresge Eye Institute, Detroit, MI, June 14, 1997

Joseph Wadsworth Lectureship, Duke University, Durham, NC, September 12, 1998

Illinois Society for the Prevention of Blindness Lectureship, Chicago, IL, May 24, 2001

Irving Leopold Lecture, Wills Eye Hospital, Philadelphia, PA, March 11, 2005.

Selected Invited Lectures

Research to Prevent Blindness Science Writers Seminar, Sept. 1988.

Mericos Eye Institute, La Jolla, CA, April 1, 1989.

Kresge Eye Institute, Detroit, MI, June 1, 1991.

University of Rochester, Rochester, NY, April 3-4, 1992

Kresge Eye Institute, Detroit, MI, Sept 30, 1992, Visiting Professor

Mayo Clinic, Rochester, MN July 23, 1993, Visiting Professor

Foundation Enrique Malbran, Buenos Aires, Argentina, Oct 1994

Henry Jampel, M.D., M.H.S.

Howard University, Washington, D.C., November 3, 1994

Jules Stein Eye Institute, Los Angeles, CA April 7-8, 1995

Rome, Italy, Feb. 1996

Norwegian Ophthalmological Society, Dec. 1996

Mayo Clinic, Jacksonville, FL, Sept. 13, 1997

University of Minnesota, Minneapolis, MN, April 3-4, 1998

University of Pittsburgh, Pittsburgh, PA, Nov. 20, 1998

New York Medical College, Valhalla, NY, May 4, 1999

Washington Hospital Center, Washington, DC, Oct 28, 2000

Nassau Surgical Society Meeting, Mineola, NY, Dec. 6, 2000

Penn State University Grand Rounds, Hershey, PA, April 19, 2001

Maryland Society of Eye Physicians and Surgeons, Keynote Speaker, Columbia, MD Nov. 8, 2002

Greater New York Ophthalmology Clinical Lecture Series, NYC, Feb.18, 2004

Mexican Society of Ophthalmology, Visiting Professor, Veracruz, Mexico, August 7-11, 2004