# Andrew A. Dahl, M.D., F.A.C.

1 Gus Siko Road
Poughkeepsie, N.Y. 12601
(845) 471-7808   fax: (845) 471-7640
E-Mail: andrewdahl@pol.net

## Education and Training

- B.A., with Honors in General Scholarship and Distinction in American Studies,
  Wesleyan University, 1962.
- M.D., Cornell University Medical College, 1966. Alpha Omega Alpha Honor Society.
  Honors Award in Research.
- Intern in Medicine, The New York Hospital, 1966-1967.
- Basic Science Course in Ophthalmology, Harvard University Medical School, 1967.
- Resident in Ophthalmology, Massachusetts Eye and Ear Infirmary, 1967-1970.
- Diplomate, American Board of Ophthalmology, 1972.
- Fellow, American Academy of Ophthalmology.
- Fellow, American College of Surgeons.

## Research Experience

- Research Associate in Pathology, Guys' Hospital, London, England, 1964.
- Founder and Director of Ophthalmic Ultrasound Laboratory, Massachusetts Eye and Ear Infirmary, Harvard University Medical School, 1968-1970.
- Founder and Principal Investigator, Hudson Valley Eye Surgeons Research Foundation.
  Participation in long-term multi-center protocols in diabetes mellitus and glaucoma, 1979-2001.

## Faculty Appointments

- Clinical Assistant, Harvard University Medical School, 1969-1970.
- Assistant Professor, New York College of Medicine, 2005 – present.

## Hospital Appointments

- Attending in Ophthalmology, Vassar Brothers Hospital, Poughkeepsie, N.Y., 1972-2001.
  Director of Department of Ophthalmology, 1986-1996.
- Consultant in Ophthalmology, Keller Army Hospital, West Point, N.Y., 1973-2005.
- Consultant in Ophthalmology, Castle Point Veteran's Administration Hospital, Beacon, N.Y., 1973-2003.
- Consultant in Ophthalmology, Craig House, Beacon, N.Y., 1973-1993.
- Consultant in Ophthalmology, Butterfield Memorial Hospital, Cold Spring, N.Y., 1972-1988.
- Consultant in Ophthalmology, Sharon Hospital, Sharon, CT., 1975-2005.
- Consultant in Ophthalmology, Downstate Correctional Facility, Fishkill, N.Y, 1972-1993.

## Management and Teaching Experience

- Editor, *E-Medicine* textbook, completed 2002 and in constant revision.
- Contributor, *E-Medicine Cases of the Week:* "Ophthalmology for the Non-Ophthalmologist."
- Author, scientific articles and book chapters.
- Chief Editor, *Consumer Health* Online
- Chairman, Institutional Review Board: Review all phase 1 through phase 3 clinical medical research protocols in all medical specialties and rule on their approval/disapproval for implementation, 1981-2001.
- Chairman, Dutchess County Medical Society Peer Review Committee: Review, investigate and resolve all complaints about physician care in all specialties, 1983-2001.
- Chairman, Mid-Hudson Health Continuing Medical Education Courses.
- Lecturer, American Educational Institute.
- Lecturer and Seminar Leader: "PowerPoint for the Medical Professional".
- Editor, Merck Manual for Consumers.

- Visiting Lecturer, "Ophthalmology for the Non-Ophthalmologist".
- Consulting Ophthalmologist, E-Medicine/WebMD.
- Director of Residency Ophthalmology Training, Mid-Hudson Family Practice Institute.

## Consulting Experience

- Author and Lecturer on Practice Management
- Long Range Planning for Physician's Offices and Hospitals
- Consultant to Dutchess County Department of Health
- Expert Consultant, New York State Board for Professional Medical Conduct
- Formulation and Implementation of Disease Management Programs
- Development and Management of Clinical Medical Research Protocols
- Establishment of Third World Ophthalmology Surgical Mission programs
- Consultant to Investment Banks regarding Health Care Issues
- Consultant to Financial Institutions regarding existing and pipeline drugs and devices.
- Member, Council of Healthcare Advisors
- Round Table Scholar
- Society of Industry Leaders

## Clinical Experience

- Thirty Five Years Private Practice of Ophthalmology, 1971-2006.
- Founder and senior ophthalmologist, Hudson Valley Eye Surgeons, 1971-2001.
- Ophthalmology Consultants, 2002-present.
- Extensive Clinical Experience in Management of Complex and Multisystem Disease.
- Medical and Surgical Care of Cataract, Glaucoma, Retinal Disease, Plastic and Refractive Surgery.
- Mission Ophthalmic Surgery Within Third World Nations.

## Memberships

- Dutchess County Medical Society
- New York State Medical Society
- American Medical Association
- New York State Ophthalmological Society
- Contact Lens Association of Ophthalmologists
- American Intra-Ocular Lens Society
- American Society of Cataract and Refractive Surgeons
- Out-Patient Ophthalmic Surgery Society

## Other Appointments

- Executive Committee, Dutchess County Medical Society
- Chairman, Peer Review, Dutchess County Medical Society
- Chairman, Institutional Review Board, Vassar Brothers Hospital
- Board of Directors, Taconic IPA
- Board of Trustees, Dutchess Day School
- Board of Directors, Dutchess County Lighthouse
- Board of Trustees, Vassar Brother Hospital Foundation
- Member, Joint Planning Committee, Mid-Hudson Medical Center
- Ophthalmology Section Chairman, Dutchess County Medical Society
- Adjuvant to the President, Flying Doctors of America
- Ophthalmologist, Subaru Primal Quest Eco-Challenge
- Ophthalmologist, Telluride 360 Adventure
- International Affiliate, Surgical Eye Expeditions
- GLG Scholar
- Consumers' Research Council: America's Top Ophthalmologists, 2004-2006

Licensed to practice medicine in New York State, # 099133; Colorado, DR-43986