# CURRICULUM VITAE

# HAROLD P. KOLLER, M.D., F.A.C.S., F.A.A.P.

Huntingdon Valley Eye Care Consultants, Ltd.
Holy Redeemer Medical Office Building, Suite 150
1650 Huntingdon Pike
Meadowbrook, PA 19046

Business Telephone Number: (215) 947-6660
Facsimile Number: (215) 947-7425
E-mail: eyecareconsultants@verizon.net

Wills Eye Hospital
840 Walnut Street
Philadelphia, PA 19107

**PERSONAL DATA**    Born: 1937, Philadelphia, PA

**EDUCATION**    Central High School
Philadelphia, Pennsylvania
Bachelor of Arts Degree
Graduated 1955

Major: Zoology, Bachelor of Arts Degree
University of Pennsylvania
Philadelphia, PA
Graduated 1959

Major: Zoology
University of Pennsylvania - Graduate School
1959-1960

Doctor of Medicine
Tulane University School of Medicine
New Orleans, LA
Graduated 1964

**POSTGRADUATE TRAINING**
1964-1965    Internship in Straight Medicine
Temple University Medical Center
Philadelphia, PA

**Harold P. Koller, M.D.**                                                                                                 Page Two

| | |
|---|---|
| 1965-1968 | Residency in Ophthalmology<br>New Orleans Eye, Ear, Nose and Throat Hospital and Tulane University Medical Center<br>New Orleans, LA |
| 7/1/1970-9/30/1970 | Special Fellowship in Pediatric Ophthalmology<br>Children's Hospital of the District of Columbia,<br>Washington, D.C. |
| 3/1/1996-3/6/1996 | ASOA Management Program, The Aresty Institute of Executive Education, The Wharton School,<br>The University of Pennsylvania, Philadelphia, PA |

## EMPLOYMENT HISTORY

| | |
|---|---|
| 2000-Present | Eye Care Physicians & Surgeons of New Jersey |
| 1986-Present | Huntingdon Valley Eye Care Consultants, Ltd. |
| 1986-2000 | Eye Care Consultants of South Jersey, P.C. |
| 1980-1986 | GPMED, solo practice |
| 1971-1980 | Solo practice, unincorporated |

## HOSPITAL AFFILIATIONS

| | |
|---|---|
| 1970-Present | Attending Surgeon, Wills Eye Hospital |
| 1977-Present | Director, Pediatric Ophthalmology Subsection, Department of Surgery, Holy Redeemer Hospital |
| 1979-1992 | Attending Ophthalmologist, Frankford Hospital |
| 1992-Present | Consulting Ophthalmologist, Frankford Hospital |
| 1974-Present | Clinical Affiliate, Children's Hospital of Philadelphia |
| 1971-Present | Attending Ophthalmologist, St. Christopher's Hospital for Children |
| 1983-1999 | Attending Ophthalmologist, Nazareth Hospital |

Harold P. Koller, M.D.                                                                 Page Three

## HOSPITAL AFFILIATIONS (Continued)

| | |
|---|---|
| 1972-2000 | Chief, Section of Pediatric Ophthalmology, Department of Surgery, Our Lady of Lourdes Medical Center |
| 2000-Present | Consultant in Pediatric Ophthalmology, Department of Surgery, Our Lady of Lourdes Medical Center |
| 1979-Present | Affiliate, Albert Einstein Medical Center |
| 1970-1990 | Attending Ophthalmologist, Jeanes Hospital |
| 1990-2003 | Courtesy Staff, Jeanes Hospital |
| 1978-2004 | Attending Pediatric Ophthalmologist, Cooper Medical Center |
| 1990-Present | Attending Ophthalmologist, Abington Memorial Hospital |
| 1994-1999 | Attending Ophthalmologist, St. Mary Hospital |
| 1994-Present | Consultant in Pediatrics, Ophthalmology Department, Doylestown Hospital |
| 1994-1999 | Attending Ophthalmologist, Medical College Hospitals, Main Campus |
| 1975-1990 | Consultant in Ophthalmology, Pine Hill Rehabilitation Center |
| 1972-2000 | Consultant in Pediatric Ophthalmology, St. Vincent's Home |
| 1972-1990 | Consultant in Pediatric Ophthalmology, Association for Jewish Children |
| 1970-1980 | Consultant in Pediatric Ophthalmology, USPHS Hospital, Staten Island, NY |
| 1971-1990 | Consultant in Pediatric Ophthalmology, Rancocas Valley Hospital |
| 1971-1990 | Consultant in Pediatric Ophthalmology, Burlington County Memorial Hospital |
| 1970-2000 | Consultant in Pediatric Ophthalmology, Deborah Hospital |

Harold P. Koller, M.D.                                                                                    Page Four

## CERTIFICATION AND LICENSURE

MEDICAL LICENSES:
| | |
|---|---|
| 1964 | Louisiana |
| 1968 | Pennsylvania |
| 1969 | New York |
| 1970 | New Jersey |

| | |
|---|---|
| 1971-present | American Board of Ophthalmology Certification |
| 6/23/1996-12/31/1999 | Diplomate, American Board of Quality Assurance & Utilization Review Physicians |

## MILITARY SERVICE

| | |
|---|---|
| 1968-1970 | Lieutenant Commander, United States Public Health Service, Staten Island, New York |

## HONORS AND AWARDS

| | |
|---|---|
| 2007 | Who's Who in America, (Marquis) 61st edition |
| 2006 | Top Doctors, Philadelphia Magazine, May |
| 2005 | Top Doctors, Philadelphia Magazine, May |
| 2004 | Top Doctors, Philadelphia Magazine, May |
| 2003, 2004, 2005 | Named one of America's Top Doctors (Castle Connolly Medical Ltd.), 3rd, 4th, and 5th editions |
| 1999 | Outstanding Tulane Eye Alumnus, presented at the 21st Annual Tulane Eye Alumni Meeting |
| 1985 | American Academy of Ophthalmology Honor Award |
| 1975 | American Academy of Ophthalmology and Otolaryngology Gold Medal – First Prize Scientific Exhibit |
| 1969 to Present | AMA Physician's Recognition Award (every three years); 2005 to 2008 *"With Commendation"* |

## PROFESSIONAL SOCIETY MEMBERSHIPS
National

American Academy of Ophthalmology, Fellow (1971-present)
American Academy of Pediatrics, Associate Fellow (1980-1994)
American Academy of Pediatrics, Specialty Fellow (1994-present)
American Association of Pediatric Ophthalmology & Strabismus (1974-present) (Charter Member)

**Harold P. Koller, M.D.**                                                                                    Page Five

**PROFESSIONAL SOCIETY MEMBERSHIPS (Continued)**

American College of Surgeons, Fellow (1974-present)
American Intraocular Implant Society (1985-present)
American Medical Association (1971-present)
American Society of Contemporary Ophthalmology (1971-present)
Association for Research in Vision and Ophthalmology (1970-present)
Commissioned Officers Association of U.S. Public Health Service (1968-present)
Contact Lens Association of Ophthalmologists (1971-1990)
Kerato-Refractive Society (1980-2000)
National Association of Residents and Interns (1963-1980)
Pan American Association of Ophthalmology (1977-present)
Phi Delta Epsilon Medical Fraternity (1961-present)
Tulane Medical Alumni Association (1964-present)
Tulane Ophthalmological Residents Society (1968-present)

New Jersey
Burlington County Medical Society (1971-1983)
Camden County Medical Society, Associate – Eye Section  (1972-1989)
New Jersey Academy of Ophthalmology & Otolaryngology (1972-1990)
New Jersey State Medical Society (1973-1983)

Pennsylvania
College of Physicians of Philadelphia, Fellow (1973-present)
Delaware Valley Pediatric Ophthalmologic Society-founding member (1990-present)
Inter-County Ophthalmological Society (1981-1997)
Montgomery County Medical Society – Active  (1983-present)
Ophthalmic Club of Philadelphia – Life Member (1979-present)
Pennsylvania Academy of Ophthalmology and Otolaryngology, Fellow (1972-2001)
Philadelphia County Medical Society, Member – Eye Section (1971-1995)
Philadelphia Pediatric Society (1994-present)
Sports Vision Society (1995)

Non-Medical Organizations
Alpha-Phi Omega National Service Fraternity (1956-present)
Lions Club, Wissinoming Chapter (1972-1983)


**OFFICERSHIPS**

American Academy of Pediatrics, Section on Ophthalmology, Executive Committee Member (1989-2001)
Chair, Credential Committee – Section on Ophthalmology (1989-1993)
Secretary/Treasurer, Section on Ophthalmology (1993-1996)

**Harold P. Koller, M.D.**                                             Page Six

**OFFICERSHIPS (Continued)**

Chair, Section on Ophthalmology (1996-2000)
Advisory Board Member – Project Universal Preschool Vision Screening (PUPVS) Task Force (1999-2004)
Delaware Valley Pediatric Ophthalmology Society, President (1992-1994), Executive Director (1990-2000 ), Executive Secretary-Treasurer (1990-2000)
Tulane Ophthalmologic Residents Alumni Society, President (1994-present)
American Academy of Ophthalmology - Task Force on Complementary and Alternative Medicine (1999-present)
Alternate Delegate, American Association for Pediatric Ophthalmology and Strabismus, Socio-Economic Committee (1993-1998)
Member, Local Medical Advisory Board, Juvenile Diabetes Foundation of Southern New Jersey (1974-1981)
Representative from the American Academy of Pediatrics to the Council for the American Academy of Ophthalmology (1994-2001)
Representative from the Delaware Valley Pediatric Ophthalmologic Association to the Pennsylvania Academy of Ophthalmology and Otolaryngology (1990-1996)
New Jersey Academy of Ophthalmology & Otolaryngology,
Member- Board of Governors  (1977-1980)


**ACADEMIC APPOINTMENTS**

| | |
|---|---|
| 1975-Present | Clinical Professor of Ophthalmology, Thomas Jefferson University, Philadelphia, PA |
| 1985-Present | Adjunct Clinical Assistant Professor of Ophthalmology, Rutgers Medical College, Piscataway, NJ |
| 1994-Present | Adjunct Clinical Assistant Professor of Ophthalmology, Pediatrics, Medical College Hospitals, Drexel University, Philadelphia, PA |
| 1968-1970 | Deputy Chief, Ophthalmology, USPHS Hospital, Staten Island, NY |
| 1965-1968 | Assistant in Ophthalmology, Tulane Medical School, New Orleans, LA |


**OTHER APPOINTMENTS**

| | |
|---|---|
| 1/1/2000-1/1/2006 | Editorial Board, EyeNet Magazine, American Academy of  Ophthalmology |
| 1995-2002 | Member, Continuing Medical Education Committee, Thomas Jefferson University Hospital |
| 1996-Present | Editorial Board, Review of Ophthalmology |
| 1997-Present | Editorial Board, Journal of Pediatric Ophthalmology and Strabismus |

Harold P. Koller, M.D.                                                                                         Page Seven

## COMMUNITY SERVICE

| | |
|---|---|
| 1993-1999 | Annual Chinatown Community Visual Screening in conjunction with Wills Eye Hospital |

## COURSE TEACHINGS

| | |
|---|---|
| 1976-1983 | Contact Lens Association of Ophthalmologists, Inc., Las Vegas, NV<br>Course Director, "Contact Lenses in Infants and Children" |
| 1976-1987 | American Academy of Ophthalmology, San Francisco, CA<br>Course Director, "Practical Amblyopia Therapy" |

## GRANT SUPPORT AND RESEARCH ACTIVITY

Clinical Investigator for Bausch & Lomb Corporation regarding the use of a high plus polymacon contact lens for the treatment of amblyopia. This was performed between 1973-1975. Total amount of funding from Bausch & Lomb Corporation amounted to $28,000.

Clinical Investigator in the Silsoft Silicone Elastomer Contact Lens Clinical Research Program for Dow Corning Corporation, developer of universal lens for pediatric aphakia, November 1978 through September 1981. Total amount of funding from the Dow Corning Corporation $16,000.

Clinical Investigator in the Silsight Silicone Elastomer Contact Lens for cosmetic extended wear Clinical Research Program for Dow Corning Corporation. August 1980 through March 1983.

Clinical Investigator for the IOLAB Corporation Pediatric Lacrimal Duct Catheter Clinical Study, 1981-1996.

Clinical Investigator for the IOLAB Corporation Pediatric Intraocular Lens Implantation Clinical Study, started October 1983.

Harold P. Koller, M.D.                                                                                        Page Eight

## BIBLIOGRAPHY: BOOKS AND BOOK CHAPTERS

**Koller, H.**, Goldberg, K. The Ophthalmologist's Role in Visual Processing and Learning Disabilities, DUANE'S CLINICAL OPHTHALMOLOGY, Vol. 5, chapter 42, E. Jaeger, ed. Lippincott, Williams, & Wilkins, 2006 edition.

**Koller, H.**, Goldberg, K. Role of the Ophthalmologist in Learning Disorders, HARLEY'S PEDIATRIC OPHTHALMOLOGY, 5th edition, chapter 27, Nelson and Olitsky, eds. Lippincott Williams & Wilkins, 2005.

**Koller, H.** Interdisciplinary Council on Developmental & Learning Disorders' Clinical Practice Guidelines: Redefining the Standards of Care for Infants, Children and Families with Special Needs, Stanley Greenspan, MD, Chair, Chapter 11, 2000, Bethesda, MD.

**Koller, H.**, Schwartz, D. Vision Therapy for Children (Part I), EYENET AUDIO, January, 2000.


## BIBIOLOGRAPHY: PEER-REVIEWED ARTICLES

**Koller, H.** (Consultant) Eye Examination in Infants, Children, and Young Adults by Pediatrician, American Academy of Pediatrics, Policy Statement, PEDIATRICS, Volume 111, Number 4, April 2003.

**Koller, H.** An Ophthalmologist's Approach to Visual Processing/Learning Differences. JOURNAL OF PEDIATRIC OPHTHALMOLOGY AND STRABISMUS, May/June 2002, Vol. 39, No 3.

**Koller, H.**, Goldberg, K. Spotting Learning Differences, REVIEW OF OPHTHALMOLOGY, March issue, 2002.

**Koller, H.**, Goldberg, K. Your Role in Detecting Learning Differences, REVIEW OF OPHTHALMOLOGY, March issue, 2000.

**Koller, H.** An Ophthalmologist's Approach to Children with Visual Perception and Learning Differences, AMERICAN ORTHOPTIC JOURNAL, Volume 49, 1999.

**Koller, H.** Recognize the Signs of Learning Disabilities, EYENET, May issue, 1999.

**Koller, H.** Effective Options in Amblyopia Therapy, EYENET, April issue, 1999.

**Koller, H.**, Goldberg, K. A Guide to Visual and Perceptual Learning Disabilities, CURRENT CONCEPTS IN OPHTHALMOLOGY, Volume 7, March 1999.

**Harold P. Koller, M.D.**                                                                                          Page Nine

**BIBLIOGRAPHY (Continued)**

**Koller, H.** Tips for Enhancing Pediatric Exam Efficiency, EYENET, March issue, 1999.

**Koller, H.** How Does Vision Affect Learning II?, JOURNAL OF OPHTHALMIC NURSING AND TECHNOLOGY, November/December issue, 1998.

**Koller, H.** (SOOp Chair) Screening for Retinopathy in the Pediatric Patient With Type 1 Diabetes Mellitus, American Academy of Pediatrics, PEDIATRICS, Volume 101, Number 2, February 1998.

**Koller, H.** Is Vision Therapy Quackery? How to Separate Fact from Fiction and Get Pediatric Patients the Help They Need, REVIEW OF OPHTHALMOLOGY, March 1998.

**Koller, H.** 10 Tips on Refracting Children, REVIEW OF OPHTHALMOLOGY, Vol. IV, No. 2, February 1997.

**Koller, H.** How Does Vision Affect Learning? JOURNAL OF OPHTHALMIC NURSING & TECHNOLOGY, Vol. 16, No. 1, January/February 1997.

Becker, B., Berry, F.D., **Koller, H.** Balloon Catheter Dilation for Treatment of Congenital Nasolacrimal Duct Obstruction. AMERICAN JOURNAL OF OPHTHALMOLOGY, Vol. 121, March 1996.

Shields, J.A., Shields, C.L., **Koller, H.**, Federman, J.L., Koblenzer, P., Barbera, L.S. Cutis Marmorata Telangiectatica Congenita Associated with Bilateral Congenital Retinal Detachment. RETINA 10:2, April/June 1990.

Gottlob, I., Zubcov, A., Catalano, R., Reinecke, R., **Koller, H.**, Calhoun, J., Manley, D. Nystagmus Patterns of Spasmus Nutans with or without CNS Lesions and Infantile Nystagmus. OPHTHALMOLOGY 97(9), 1166-1175, 1990.

Federman, J.A., Altman, J., **Koller, H.** The Surgical and Non-Surgical Management of Persistent Hyperplastic Primary Vitreous, OPHTHALMOLOGY 89:29, 1984.

Schwartz, R., **Koller, H.** Survey of Sutures Used in Strabismus Surgery, JOURNAL OF PEDIATRIC OPHTHALMOLOGY AND STRABISMUS, 18:1, January/February 1981.

Getnick, R., Harley, R., **Koller, H.** Unusual Presentation of Optic N. Glioma. ANNALS OF OPHTHALMOLOGY, 1975.

Dabazies, O.H., **Koller, H.** Atromid and Diabetic Retinopathy, ANNALS OF OPHTHALMOLOGY, 1:213, 1969.

**Harold P. Koller, M.D.**                                                                                                  Page Ten

## CONTRIBUTING AND CONSULTING EDITORIAL RESPONSIBILITIES

**Koller, H.** (Contributing Editor): YOUR BABY'S FIRST YEAR, 1998.

**Koller, H.** (Contributing Editor): THE OFFICIAL, COMPLETE HOME REFERENCE GUIDE TO YOUR CHILD'S SYMPTOMS – BIRTH THROUGH ADOLESCENCE, 1998.

**Koller, H.** (Technical Advisor): THE COMPLETE AND AUTHORITATIVE GUIDE – CARING FOR YOUR BABY AND YOUNG CHILD – BIRTH TO AGE FIVE, 1998.

**Koller, H.** (Subcommittee) Red Reflex Examination in Infants, American Academy of Pediatrics, Policy Statement, PEDIATRICS, Volume 109, Number 5, May 2002.

**Koller, H.** (Consultant) Use of Photoscreening for Children's Vision Screening, American Academy of Pediatrics, PEDIATRICS, Volume 109, Number 3, March 2002.

**Koller, H.** (Consultant) Screening Examination of Premature Infants for Retinopathy of Prematurity, American Academy of Pediatrics, PEDIATRICS, Volume 108, Number 3, September 2001.

## INVITED LOCAL PRESENTATIONS (partial recent list)

"Ophthalmology for the Pediatrician", Wills Eye Hospital, Philadelphia, PA, January 21, 2006.

"Pediatric Diagnosis of the Red Eye", Frankford Pediatrics, Philadelphia, PA, December 6, 2005.

"Avoiding Misdiagnosis in Children with Red Eyes", Torresdale Pediatrics, Philadelphia, PA, September 27, 2005.

"The *Red Eye* Dilemma", Red Lion Pediatrics, Philadelphia, PA, September 22, 2005.

"Visual Perception and Eye Movement Disorders", Saint Vincent Catholic Medical Centers, Flushing, NY, May 5, 2005.

"Ophthalmology and Family Medicine", Abington Family Medicine Practice, Jenkintown, PA, February 23, 2005.

"Ophthalmology for the Pediatrician: Headaches in Children--Ophthalmic Causes", Wills Eye Hospital, Philadelphia, PA, January 29, 2005.

"Visual Perception & Learning in Children & Adults - The Primary Care Physician's Role", Grand Rounds, Abington Memorial Hospital, Abington, PA, July 21, 2004.

"Latest Innovations in Amblyopia Therapy and the Pediatric Ophthalmologist's Approach to Visual Processing and Perception", New York Medical College, Valhalla, NY, March 2, 2004.

Harold P. Koller, MD                                                                                   Page Eleven

**INVITED LOCAL PRESENTATIONS (Continued)**

"Understanding Your Child's Learning Disabilities: A Multidisciplinary Approach", Doylestown Hospital, Doylestown, PA, February 28, 2004.

"The Art of Strabismus Surgical Techniques", Philadelphia College of Osteopathic Medicine, Philadelphia, PA, February 19, 2004.

"The Ophthalmologist's Role in learning Disabilities", Wills Eye Hospital, Philadelphia, PA, January 31, 2004.

"The Science of Visual Perception, Processing, and Learning", Delaware Valley Pediatric Ophthalmology Society, Philadelphia, PA, January 14, 2004.

"The Pediatrician's Role in the Diagnosis and Treatment of Learning Differences," Frankford Hospital, Department of Pediatrics, Philadelphia, PA, September 12, 2003.

"Update on Visual Perception and Processing Disorders," Ophthalmology for Pediatricians/Primary Care Physicians, Wills Eye Hospital, Philadelphia, PA, January 26, 2002.

"An Interdisciplinary Approach to Assisting Children with Learning Differences," Supporting Parents of Exceptional Kids through Education (SPEKE), Cherry Hill, NJ, January 17, 2002.

Dylexia and Headaches," Wills Eye Hospital Pediatrics Eye Opener and Core Lecture, Wills Eye Hospital, Philadelphia, PA, December 4, 2001.

"Visual Perception and Processing: Easy Diagnosis in the Pediatric Ophthalmology Practice," New Jersey American Academy of Pediatrics, Woodbridge, NJ, May 19, 2001.

"Update on Visual Perception and Processing Disorder," Wills Eye Hospital, Philadelphia, PA, January 27, 2001.

"Unsuspected Visual and Perceptual Consequences of Prematurity," Abington Memorial Hospital, Abington, PA, October 17, 2000.

"An Interdisciplinary Approach to Assisting Children with Learning Differences," Widener University, Chester, PA, April 8, 2000.

"The Multidisciplinary Approach to Learning Differences," Wills Eye Hospital Annual Conference, Adam's Mark Hotel, Philadelphia, PA, March 11, 2000.

"Treating the Red Eye," Guest lecturer for Speakers Alliance Program, Woodbridge, NJ, March 6, 2000.

**Harold P. Koller, M.D.**  Page Twelve

**INVITED LOCAL PRESENTATIONS (Continued)**

"Update on Visual Perception and Processing Disorders," Ophthalmology for the Pediatrician, Wills Eye Hospital, Philadelphia, PA, January 22, 2000.

*Dialogue with a Doctor Series,* "The Eye, Vision and Learning," Doylestown Hospital, Doylestown, PA, January 17, 2000.

"Classroom Diagnoses of Learning Differences in Children," Beaver College Graduate Colloquium Series, Glenside, PA, October 19, 1999.

"Visual Perception and Learning Differences – An Ophthalmologist's View," James H. Allen Guest Lecturer, 21st Annual Tulane Eye Alumni Day, Tulane University School of Medicine, New Orleans, LA, June 11-12, 1999.

"Treatment of Red Eyes," Guest Lecturer for the Barnet Dulaney Foundation, Hasbrouck Heights, NJ, May 4, 1999.

"Reading & Learning Disorders – Are Your Child's Eyes At Fault?" Lecture with Kenneth Goldberg, Psy.D., Northeast Regional Library, Philadelphia, PA, January 30, 1999.

"Visual Processing and Learning Deficiencies," Wills Eye Hospital Conference for Pediatricians/Primary Care Physicians, Philadelphia, PA, January 23, 1999.

"Headaches and Learning Disabilities," Wills Eye Hospital Core Lecture, Philadelphia, PA, January 21, 1999.

"Headaches and Learning Differences – Is There An Eye Problem?," Temple University Hospital, Philadelphia, PA, January 5, 1999.

"Reading and Learning Disorders – Are Your Child's Eyes At Fault?," Jeanes Hospital Speakers Bureau Lecture, Philadelphia, PA, May 14, 1998.

"Pre-Visit Cycloplegia for Pediatric Re-Examinations," 50th Annual Wills Eye Hospital Conference, Philadelphia, PA, March 12, 1998.

"Ocular Manifestations of Metabolic Disease," Wills Eye Hospital Annual Conference, Philadelphia, PA, January 17, 1998.

"Learning, Vision and Systemic Illness (Does the Under-Achiever in School Have Something More Serious Going On?)," School Nurses' Ophthalmologic Update, Wills Eye Hospital Conference, Philadelphia, PA, March 22, 1997.

Harold P. Koller, M.D.                                                                                  Page Thirteen

**INVITED LOCAL PRESENTATIONS (Continued)**

Presented "Managed Care Ophthalmology – Is This Really Our Future?" at the Wills Eye Hospital Annual Conference, Philadelphia, PA, March 21, 1997.

"Ophthalmological Diagnoses Contributing to Learning Disabilities," Clinical Center for the Study of Learning Disabilities, Chapel Hill, NC, February 25, 1997.

"Headaches – Ocular and Non-Ocular Causes," Wills Eye Hospital Conference, Philadelphia, PA, January 25, 1997.

"Does Vision Affect Learning in School?," presented to Delaware County Nurse Association, Springfield, PA, November 11, 1996.

"How Does Vision Affect Learning?," School Nurses' Ophthalmology Update Program presented by Wills Eye Hospital, Philadelphia, PA, March 16, 1996.

"Current Signs of a Positive Evolution in the Managed Care Environment," 48th Wills Eye Hospital Annual Conference, Philadelphia, PA, March 15, 1996.

"Tearing in Infants and Children: Is It Serious?" Allegheny County Medical Society, Carnegie, PA, February 13, 1996.

"The Causes of Tearing and Red Eyes in Infants and Children," New Castle County Pediatric Society, Wilmington, DE, November 28, 1995.

"Innovative Concepts in the Treatment/Diagnosis of Pediatric Eye Problems," Southern New Jersey Pediatric Society, Westmont, NJ, July 11, 1995.

Lectured on "The Efficacy of Balloon Dacryoplasty in Congenital Lacrimal Obstruction," Annual Tulane University School of Medicine Alumni Lecture, New Orleans, LA,
June 9-10, 1995.

"Treating Red and Allergic Eyes in a Managed Care Environment," Our Lady of Lourdes Hospital, Camden, NJ, April 25, 1995.

Guest Speaker at the Raleigh Journal Club on "Ocular Allergies and Treatment," Raleigh, NC, April 18, 1995.

"Significant Causes of Visual Loss in Children," Abington Memorial Hospital, Abington, PA, March 29, 1995.

**Harold P. Koller, M.D.**                                                                                          **Page Fourteen**

**INVITED LOCAL PRESENTATIONS (Continued)**

Presented the following lectures at the Wills Eye Hospital Annual Conference, Philadelphia, PA, March 16-18, 1995:

-"The Efficacy of Balloon Dacryoplasty in Congenital Lacrimal Obstruction"
-"Intraocular Lenses in Children: The Wills Experience"
-"A Model for Ultimate Failure of the Managed Care System As We Know It"

Guest lecturer on "Allergies & Therapies," Lehigh Valley Ophthalmologic Society, Bethlehem, PA, March 7, 1995.

"Cataracts," Wills Eye Hospital Pediatric Update, Philadelphia, PA, January 28, 1995.

"Intraocular Lens Implants in Children," Cooper Eye Institute, Our Lady of Lourdes Hospital, Camden, NJ, January 17, 1995.

Presented "The Incidence of Migraine in the Pediatric Ophthalmologic Practice," Annual Tulane University Medical School Alumni Lecture, New Orleans, LA, June 10, 1994.

"Managing Eye Problems in Your Office," presented to Jeanes Hospital Staff, June 3, 1994.

Lectured on "Current Trends in Ocular Allergy Management" for the South Jersey Allergy Society, May 3, 1994.

"Migraine in Children," Wills Eye Hospital Annual Conference, April 23, 1994.

Guest speaker on Ophthalmology at the Annual Meeting of the Philadelphia Dermatologic Society Meeting, St. Christopher's Hospital for Children, March 18, 1994.

"Diagnosis and Treatment of Pediatric Migraine," Ophthalmology Department Meeting, Children's Hospital of Philadelphia, Philadelphia, PA, February 28, 1994.

"Organic Causes of Amblyopia in Childhood," Grand Rounds, Department of Pediatrics, Medical College Hospitals, Philadelphia, PA, February 17, 1994.

Guest Lecturer on Pediatric Ophthalmology, Penn State University School of Medicine Grand Rounds, Hershey, PA, August 18, 1993.

"Indications for Intraocular Lens Implants in Children," Annual Tulane University School of Medicine Alumni Day, New Orleans, LA, June 12, 1993.

**Harold P. Koller, M.D.**                                                                 **Page Fifteen**

**INVITED LOCAL PRESENTATIONS (Continued)**

"Indications for Intraocular Lens Implants in Children," Children's Hospital of Philadelphia, Philadelphia, PA, May 14, 1993.

"Complications with Intraocular Lens Implants," Wills Eye Hospital Annual Conference, April 1-3, 1993.

"Cataract Surgery in Children," Wills Eye Hospital Ophthalmology Update for Pediatricians, Philadelphia, PA, January 16, 1993.

"Diagnosis and Management of Congenital Cataracts," Our Lady of Lourdes Pediatric Department, Camden, NJ, September 22, 1992.

"Intraocular Lens Implantation in Children – Why, When, and How," The Eye Institute of New Jersey, Newark, NJ, June 15, 1992.

"Diplopia as an Indicator of Systemic Disease," Abington Memorial Hospital Department of Family Practice, Abington, PA, June 14, 1992.

"The Diagnosis and Treatment of Congenital (Infantile) Cataracts," Wills Eye Hospital Ophthalmology Update for the Pediatrician, Philadelphia, PA, January 18, 1992.

"Diagnosis as an Indicator of Systemic Disease," Holy Redeemer Hospital Family Practice Physicians, Meadowbrook, PA, February 20, 1991.

"Pediatric Ophthalmology in the Future," Lehigh Valley Ophthalmologic Society, Bethlehem, PA, January 8, 1991.

"Overview of Pediatric Ophthalmology," Abington Memorial Hospital Family Practice Residents, Abington, PA, December 13, 1990.

"Diplopia as an Indicator of Systemic Disease," Wills Eye Hospital – Ophthalmology Update for the Primary Care Physician, Philadelphia, PA, October 10, 1990.

"The Treatment of Visual Losses in Children," Southampton Lions Club, Meadowbrook, PA, April 25, 1990.

"Cataracts in Children," Wills Eye Hospital Pediatric Ophthalmology Update, Philadelphia, PA, April 7, 1990.

"Blocked Tear Ducts in Infants," 1990 Wills Eye Hospital Annual Conference, Philadelphia, PA, March 31, 1990.

**Harold P. Koller, M.D.**                                                                                    **Page Sixteen**

**PRESENTATIONS AT NATIONAL SCIENTIFIC MEETINGS**

"Why Can't EYE Learn?," Learning Differences and Visual Perception from a Pediatric Ophthalmology and Neuropsychology Perspective, Sponsored by the American Academy of Pediatrics' Section on Ophthalmology and the Jefferson Medical College Office of CME, March 21, 2001, Orlando, Florida.

"Learning Differences in Pediatric Ophthalmology Practices: Parental Perception," Poster Presentation (Harold P. Koller, M.D., Stephen R. Glaser, M.D., Kenneth B. Goldberg, Psy.D.), American Association for Pediatric Ophthalmology and Strabismus, March 2001, Orlando, Florida.

"Pre-Visit Home Cycloplegia in Pediatric Ophthalmology: An Outcome Study," The American Association for Pediatric Ophthalmology and Strabismus Annual Meeting, April 8, 1998, Palm Springs, CA.

"Practicing Pediatric Ophthalmology in a Managed Care Environment: Strategy for Success," American Academy of Pediatrics Annual Meeting, April 12, 1995, Philadelphia, PA.

"Childhood Migraine in a Pediatric Ophthalmic Practice," The American Association for Pediatric Ophthalmology and Strabismus Annual Meeting, April 18, 1993, Palm Springs, CA.

"The Diagnosis and Management of Congenital and Juvenile Cataracts," The American Academy of Pediatrics Annual Spring Meeting, April 13, 1992, New York, NY.

"Efficient Organization of a Pediatric Ophthalmology Practice," The American Association for Pediatric Ophthalmology and Strabismus Annual Meeting – Practice Enhancement Workshop, May 18, 1991, Montreal, Canada.

"The Diagnosis and Implications of Migraine in the Pediatric Ophthalmology Practice," Eastern Regional Orthoptic Meeting, March 13, 1990, Princeton, NJ.

*Over 100 additional presentations locally and nationally 1965 to 1990-unlisted.*

6-7-06

# HAROLD P. KOLLER, M.D., F.A.C.S., F.A.A.P.

Pediatric Ophthalmology
Strabismus Surgery
Pediatric Oculoplastic Surgery
Visual Perception Disorders

*Expert Opinion Case Work*
*for*
*Harold P. Koller, M.D.*

## 2005

Thomas B. Vertetis, Esquire
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP
1201 Pacific Avenue, Suite 2100
P.O. Box 1157
Tacoma, WA   98401-1157
*Re: Mychal Estrada v. Ann Hyder, ARNP, Dr. John Goodin,*
       *Dr. Hsushi Yeh, Dr. Matthew White*
*Expert opinion for Plaintiff*
*(Deposition given for this case)*


Mindy C. Levin, Esquire
Solnick & Levin LLC
The Pavilion, Suite 635
261 Old York Road
Jenkintown, Pa. 19046
*Re: Zhe Feng Huang*
*Expert opinion for Plaintiff (Worker's Compensation case)*


## 2004

Dennis P. Herbert, Esquire
Marshall, Dennehey, Warner, Coleman & Goggin
620 West Germantown Pike, Suite 350
Plymouth Meeting, PA   19462-1056
*Re: Griffin v. Maiers Bakery, et al*
*Expert opinion for Defense*

Thomas W. Dickson, Esquire
The Weatherly Law Firm
3414 Peachtree Road NE, Suite 1550
Atlanta, GA   30326
*Re: De Kalb County School District V. MTV*
*Expert opinion for Defense*

HUNTINGDON VALLEY EYE CARE CONSULTANTS, LTD.
1650 Huntingdon Pike, Suite 150, Meadowbrook, PA  19046
Wills Eye Hospital, 840 Walnut Street, Philadelphia, PA  19107
Telephone: 215-947-6660; Fax: 215-947-7425

# HAROLD P. KOLLER, M.D., F.A.C.S., F.A.A.P.

Pediatric Ophthalmology
Strabismus Surgery
Pediatric Oculoplastic Surgery
Visual Perception Disorders

*Harold P. Koller, M.D.*
**2004 (continued)**

Kathy K. Chekani, Esquire
Abigail Williams & Associates, P.C.
Attorneys at Law
370 Main Street
Worcester, MA   01608
*Re: Tyler Abraham v. Neela P. Joshi, M.D.*
*Expert opinion for Plaintiff*

William H. Pugh, V, Esquire
KANE, PUGH, KNOELL, TROY & KRAMER, LLP
510 Swede Street
Norristown, PA   19401
*RE: Kathleen McAndrew v. Richard M. Haupt, M.D., et al*
*Expert opinion for Defense*

John W. Baldante, Esquire
Levy, Angstreich, Finney, Baldante, Rubenstein & Coren, P.C.
1616 Walnut Street, 5th Floor
Philadelphia, PA   19103
*Re: Jordan La Mar, a minor*
*Expert opinion for Plaintiff*

Steven G. Leventhal, Esquire
Reger, Rizzo, Kavulich& Darnall, LLP
Parkview Tower, Suite 250
1150 First Avenue
King of Prussia, Pa. 19406
*Re: Anna Samuels V. Maurice Romy, M.D.*
*Expert opinion for Defense*

Corinne C. Collins, Esquire
Cooper and Collins, P.C.
302 West Butler Avenue
New Britain, PA   18901
*Re: Allen v. Ochensenreiter, O.D. and Buckingham Eye Associates, P.C.*
*Expert opinion for Plaintiff*

# *HAROLD P. KOLLER, M.D., F.A.C.S., F.A.A.P.*

Pediatric Ophthalmology
Strabismus Surgery
Pediatric Oculoplastic Surgery
Visual Perception Disorders

*Harold P. Koller, M.D.*
**2004 continued**

Patrick McDonnell, Esquire
McDonnell & Associates, P.C.
601 South Henderson Road, Suite 152
King of Prussia, PA   19406
*Re: Margaret Riba v. STAAR Surgical*
*Expert opinion for Plaintiff*

Carole A. Gardiner, P.A.
Brian F. Davis, Esquire
1 North Pack Square, Suite 302
Asheville, NC   28801
*Re: The Estate of Jeffrey Doody vs. Dr. Kevin Clark*
*Expert opinion for Defense*

**2003**

Mary Ann Martillotti, Esquire
O'Brien & Ryan, LLP
Hickory Pointe
2250 Hickory Road, Suite 300
Plymouth Meeting, PA   19462-1047
*Re: Donaghy v. Jeyaraj, M.D., et al.*
*Expert opinion for Defense*

Marc L. Bogutz, Esquire
Christie, Pabarue, Mortensen, & Young
1880 J.F.K. Boulevard, 10th Floor
Philadelphia, PA   19103-7424
*Re: Glover v. Ominsky & Messa*
*Expert opinion for Defense (Legal Malpractice case)*

Scott R. Reidenbach, Esquire
Steven L. Sugarman & Associates
1273 Lancaster Avenue
Berwyn, PA   19312-2607
*Re: Samuel Bosniak v. Hopkinson House Owners' Association*
*Expert opinion for Defense*

# HAROLD P. KOLLER, M.D., F.A.C.S., F.A.A.P.

Pediatric Ophthalmology
Strabismus Surgery
Pediatric Oculoplastic Surgery
Visual Perception Disorders

*Harold P. Koller, M.D.*
<u>2002</u>

John Fox, Esquire
Fox Greenberg, P.C.
1310 Two Penn Center
Philadelphia, PA  19102
*Re:  Danielle Burns, a minor, v. Brian Altman, M.D.*
*(Deposition given for this case; testified at trial)*
*Expert opinion for Plaintiff*