UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSETTE LEVASSEUR, as Mother and Legal Guardian for REBECCA LEVASSEUR, a Minor, | * * * * |
| Plaintiff, | * * |
| v. | * * |
| HOWARD UNIVERSITY HOSPITAL, et al., | * * * |
| Defendants. | * * |

Case No. 06-cv-0680 (RMC)

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Josette LeVasseur, Plaintiff, and Howard University and Howard University Hospital, Defendants, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 16 and LCvR 16.4, jointly request a modification of the Scheduling Order to allow for an additional ninety (90) days of discovery. In support thereof the parties state:

1. The current Scheduling Order (as previously amended to allow for a new trial date) provides for the following deadlines:

| | |
|---|---|
| **Discovery Deadline** | February 28, 2007 |
| **Status Conference** | March 9, 2007 |
| **Dispositive Motions** | March 15, 2007 |
| **Pretrial Conference** | October 5, 2007 |
| **Trial** | October 15, 2007 |

2. To date the parties have exchanged written discovery and have engaged in deposition discovery with other depositons currently scheduled.

3. Despite the parties' best efforts to complete discovery within the current discovery period, the parties do not anticipate being able to do so.

4. Much of the delay in conducting discovery has been due to delays in locating the medical chart relating to the treatment at issue. Since counsel for Defendants provided additional medical records to Plaintiff's counsel, the parties have conducted and scheduled witness depositions.

5. Accordingly, the parties request a ninety (90) day extension of all discovery deadlines, which would close discovery on **May 31, 2007**.

6. Though this will require rescheduling the status conference set for March 9 and the dispositive motions deadline set for March 15, it will not require rescheduling the pretrial conference or trial.

7. The parties believe the granting of this motion will cause no prejudice to any party and will advance the interests of justice.

Respectfully submitted,

*/s/ Salvatore J. Zambri*
_____
Salvatore J. Zambri, Esq.
REGAN, ZAMBRI & LONG, P.L.L.C.
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036
*Attorneys for the Plaintiff*

        */s/ Eric W. Gunderson*
        _____
        Hugh W. Farrell D.C. Bar #375515
        Eric W. Gunderson D.C. Bar #499340
        HUGH W. FARRELL & ASSOCIATES
        Columbia Corporate Park
        8840 Stanford Boulevard, Suite 2000
        Columbia, MD 21045
        (301) 596-7222
        *Attorneys for Defendant Howard University Hospital*