## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSETTE LEVASSEUR, as Mother and Legal Guardian for REBECCA LEVASSEUR, a Minor, | * * * * | |
| Plaintiff, | * * | Case No. 06-cv-0680 (RMC) |
| v. | * * | |
| HOWARD UNIVERSITY HOSPITAL, et al., | * * * | |
| Defendants. | * * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

UPON CONSIDERATION OF the parties' Joint Motion to Modify Scheduling Order, and good cause having been shown, on this ___ day of _____, 2007, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the discovery period shall be extended to **May 31, 2007**; and it is further

**ORDERED** that the status conference scheduled for March 9, 2007 be continued and rescheduled for _____; and it is further

**ORDERED** that the dispositive motions deadline be extended to **June 29, 2007**.

_____
Judge Rosemary M. Collyer
United States District Court for the District
    of Columbia