UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSETTE LEVASSEUR, as Mother and Guardian :
for REBECCA LEVASSEUR, a Minor
:
       Plaintiff,                            Civil Action No. 06-0680
:
                                         Judge Rosemary M. Collyer
v.                                  :

HOWARD UNIVERSITY HOSPITAL, et al.   :

       Defendants.                            :

**PLAINTIFFS' SUPPLEMENTAL DESIGNATION OF
EXPERT WITNESSES TO BE CALLED AT THE TIME OF TRIAL**

Plaintiffs, by and through undersigned counsel, hereby provide this supplemental expert disclosure. This expert disclosure is based upon discovery that has been conducted to date, and Plaintiffs reserve the right to designate additional experts and/or rebuttal experts pending completion of additional discovery, including the identification of any defense experts. Plaintiffs also expressly reserve the right to identify appropriate impeachment and/or rebuttal witnesses after receiving the defense expert designations and/or deposing the defense experts.

In addition to those expert witnesses and summary of opinions and conclusions previously identified, Plaintiffs identify the following:

        Sharon Reavis, R.N.
        Health Information Resources
        11520 Nuckols Road
        Suite 101, Concourse Commons
        Glen Allen, VA  23059

Regan
Zambri & Long, PLLC
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Ms. Reavis is a Registered Nurse and has been licensed to practice nursing since 1966. She holds a Bachelor of Science degree in Professional Arts/Health Care Administration from St. Joseph's College, as well as a Master of Science in Rehabilitation Counseling from Virginia Commonwealth University. She holds certifications in the fields of rehabilitation counseling, case management, and senior disability analysis. Ms. Reavis is currently a Medical Case Manager for Health Information Resources and has worked with hundreds of severely injured and disabled individuals. Ms. Reavis' extensive clinical experience and active involvement in the fields of rehabilitation and case management are further detailed in the attached curriculum vitae.

Ms. Reavis has been provided with various materials pertaining to this litigation including voluminous medical records pertaining to the medical care and treatment received by Rebecca Levasseur for her glaucoma and resulting blindness. Ms. Reavis has also discussed the case with Plaintiffs, Plaintiffs' counsel and/or some of the other expert or fact witnesses in this case. As a result of her knowledge and expertise in her field, as well as her review of materials associated with this litigation and her interview of Rebecca Levasseur and her health care providers, Ms. Reavis will prepare a life care plan, setting forth Rebecca Levasseur's future care needs as a result of the blindness she has sustained due to the failure to diagnose glaucoma. A copy of Ms. Reavis' life care plan, which is incorporated herein as if set forth in full, will be provided to defense counsel immediately upon receipt.

Regan
Zambri & Long, PLLC.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

Ms. Reavis continues to review additional materials as they are generated during the course of this litigation, and in the event that her opinions and/or conclusions are altered in any substantive way, a supplemental summary of her opinions will be provided. Ms. Reavis is available for deposition at a mutually convenient date and time.

> Peder K. Melberg, M.A.
> Vocational Resources
> 11520 Nuckols Road
> Suite 101, Concourse Commons
> Glen Allen, Virginia 23060

Mr. Melberg is an expert in the fields of Vocational Evaluation and Rehabilitative Counseling. In 1976, he completed a Bachelor of Arts degree in Psychology from the University of Wisconsin, and in 1981 obtained a Master of Arts degree in Vocational Rehabilitation Counseling/Psychology from the same institution. Mr. Melberg currently holds a position as a Vocational Evaluator and Rehabilitation Counselor at Vocational Resources located in Richmond, Virginia. Mr. Melberg's educational background and extensive experience are described in detail in the attached curriculum vitae.

Mr. Melberg is expected to meet with Rebecca Levasseur and her parents. Mr. Melberg has been provided various documents and materials regarding Rebecca's medical treatment and history, her extent of visual impairment, pertinent academic records/testing, as well as information regarding her disability and her parents' educational and vocational history.

Mr. Melberg will prepare a vocational diagnostic report, which is incorporated herein as if set forth in full, which will be provided to defense counsel immediately

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 3 -

upon receipt.  Mr. Melberg will discuss the relationship between Rebecca's visual impairment and educational and vocational handicap.  Mr. Melberg is available for deposition at a mutually convenient time and place.

>Richard J. Lurito, Ph.D.
>RL, Inc.
>1491 Chain Bridge Road, Suite 300
>McLean, VA 22101

Dr. Richard J. Lurito is an expert in the field of economics and statistics. Dr. Lurito's education, training, academic and publication credentials are set forth in his curriculum vitae, which is attached hereto.

Dr. Lurito has been provided with, or will be provided, various materials pertaining to this litigation, including information concerning the Life Care Plan prepared by Sharon Reavis and the vocational diagnostic report prepared by Peder Melberg.  Dr. Lurito has been requested to prepare an economic loss report setting forth the present value of the economic damages incurred as a result of the negligent medical care provided to Rebecca Levasseur. A copy of Dr. Lurito's report will be provided to defense counsel upon receipt.  Dr. Lurito is available for deposition at a mutually convenient time and place.

Regan
Zambri & Long, PLLC.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Respectfully submitted,

REGAN, ZAMBRI & LONG, PLLC

By:_____/s/_____  Deleted: ___
   Salvatore J. Zambri    #439016
   Lisa D. Barnett       #480535
   Jacqueline T. Colclough  #434483
   1919 M Street, N.W., Suite 350
   Washington, DC  20036
   (202) 463-3030
   *Attorneys for the Plaintiff*

Regan
Zambri & Long, PLLC.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Rule 30(B)(6) Notice of Deposition to Defendant Howard University Hospital was mailed, postage prepaid, this __30__ day of January, 2007 to:

>Hugh W. Farrell, Esquire
>Eric W. Gunderson, Esquire
>Hugh W. Farrell & Associates
>8840 Stanford Blvd., Suite 2000
>Columbia, MD 21045

_____/s/_____
Salvatore J. Zambri

Regan Zambri & Long, PLLC
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030