UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSETTE LEVASSEUR, as Mother and Legal Guardian for REBECCA LEVASSEUR, a Minor,<br><br>    Plaintiff,<br><br>v.<br><br>HOWARD UNIVERSITY HOSPITAL, et al.,<br><br>    Defendants. | *<br>*<br>*<br>*<br>*    Case No. 06-cv-0680 (RMC)<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

*   *   *   *   *   *   *   *   *   *   *   *

**AMENDED EXPERT WITNESS DISCLOSURE OF DEFENDANTS
HOWARD UNIVERSITY AND HOWARD UNIVERSITY HOSPITAL**

Howard University and Howard University Hospital, Defendants, by and through their attorneys Hugh W. Farrell & Associates, in compliance with the Court's Scheduling Order and Fed. R. Civ. P. 26(a)(2), amends it previously filed Expert Witness Disclosure with respect to the identification of Harold P. Koller, M.D. as follows:

(1)     **Harold P. Koller, MD., F.A.C.S., F.A.A.P**.
          Huntingdon Valley Eye Care Consultants, LTD.
          Holy Redeemer Medical Office Building
          Suite 150
          1650 Huntingdon Pike
          Meadowbrook, PA 19046

Dr. Koller maintains an active practice in Pediatric Ophthalmology. He is board certified in Ophthalmology.

Dr. Koller also currently serves as an Attending surgeon at the Wills Eye Hospital, St. Christopher's Hospital for Children and Abington Memorial Hospital. He is the Director of the Pediatric Ophthalmology subsection, Department of Surgery at Holy

Redeemer Hospital. He is also a consulting ophthalmologist at Our Lady of Lourdes Medical Center, Doylestown Hospital. He is a Clinical Affiliate at Children's Hospital of Philadelphia. In addition, Dr. Koller's academic appointments include Clinical Professor of Ophthalmology at Thomas Jefferson University, and Adjunct Clinical Assistant Professorship in Ophthalmology and pediatric ophthalmology at Rutgers Medical College and Drexel University. A copy of Dr. Koller's *curriculum vitae* is attached hereto.

Through his education and professional experience Dr. Koller has expert medical knowledge in the field of Pediatric Ophthalmology and will be proffered to give expert opinions at trial regarding those areas of medicine. Additionally, Dr. Koller has extensive practical experience regarding the diagnosis and treatment of congenital glaucoma.

Dr. Koller has reviewed the relevant medical records produced thus far in discovery regarding the treatment of Rebecca Levasseur, a Minor. Dr. Koller will base his opinions on his review of medical records, facts contained in depositions, his education, knowledge, extensive training and experience as a Pediatric Ophthalmologist.

It is anticipated that based on his review of the relevant materials in this case that Dr. Koller will opine that the Defendants, and their agents and employees, met the applicable standard of care in the care and treatment of Rebecca Levasseur. Dr. Koller will further testify that there is no evidence of negligence or deviation in standard of care rendered by Howard University or Howard University Hospital, or its agents or employees, that proximately caused the injury to the Plaintiff Rebecca Levasseur.

Specifically, it is Dr. Koller's opinion that the treating physician, Annemarie Etienne, M.D., did what any reasonable and prudent physician would have done in the same or similar situation by performing a medical exam of Rebecca Levasseur, with initial diagnosis and treatment to be reevaluated within a three-week period. Dr. Koller will opine that based on the findings of the examination the treatment was prudent and within the standard of care, and that a test measuring intraocular pressure was not indicated.

Dr. Koller will further testify on the issues of causation as it relates to the care and treatment provided by Howard University Hospital and Rebecca Levasseur's past and current medical and ophthalmologic conditions and past and current medical and ophthalmologic treatment.

Defendants further assert that Dr. Koller may supplement his opinions based on additional information that may be produced in discovery, such as facts contained in deposition transcripts and in additional medical records produced in discovery.

The words and terminology used in this designation are those of the lawyers drafting this pleading and may not necessarily be the choice of words and terminology used by the expert witness to express his opinion.

(2)    Defendants reserve the right to call at trial as expert medical witnesses on standard of care, causation and damages any of the health care providers and/or treating physicians who provided examination, consultation, assessment, treatment and/or care to Rebecca Levasseur.

(3)  Defendants also reserves the right to designate as their own expert witnesses any of the expert witnesses identified by the Plaintiffs.

Respectfully submitted,

*/s/  Eric W. Gunderson*
_____
Hugh W. Farrell D.C. Bar #375515
Eric W. Gunderson D.C. Bar #499340
HUGH W. FARRELL & ASSOCIATES
8840 Stanford Blvd., Suite 2000
Columbia, Maryland 21045
(301)596-7222
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of March, 2007, a copy of the foregoing document and any attachments has been served on all counsel of record pursuant to the Court's ECM/EF system.

*/s/  Eric w. Gunderson*
_____
Eric W. Gunderson D.C. Bar #499340