UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSETTE LEVASSEUR, as Mother and Legal Guardian for REBECCA LEVASSEUR, a Minor, | * * * * |
| Plaintiff, | * Case No. 06-cv-0680 (RMC) |
| v. | * * |
| HOWARD UNIVERSITY HOSPITAL, et al., | * * * |
| Defendants. | * * |

\* \* \* \* \* \* \* \* \* \* \* \*

**SUPPLEMENTAL EXPERT WITNESS DISCLOSURE OF DEFENDANTS HOWARD UNIVERSITY AND HOWARD UNIVERSITY HOSPITAL**

Howard University and Howard University Hospital, Defendants, by and through their attorneys Farrell & Gunderson, pursuant to Fed. R. Civ. P. 26(a)(2), and in response to the supplemental designation of expert witnesses filed by Plaintiff, identifies the following additional expert witness that may be called to testify on Defendants' behalf at trial:

(1) **Charles Smolkin, M. Ed.**
    8 Church Lane
    Baltimore, MD  21208

Mr. Smolkin is President of Smolkin Vocational Services and a Licensed Clinical Professional Counselor (LCPC). Mr. Smolkin is a Certified Rehabilitation Counselor (CRC), Certified Vocational Evaluator (CVE) and Certified Disability Management Specialist (SDMS) in Vocational Rehabilitation.

Mr. Smolkin will base his opinions on the review of the medical records, deposition transcripts, his education, knowledge, extensive training and experience as a

specialist in Vocational Rehabilitation. It is anticipated that Mr. Smolkin will review and evaluate any report produced by Plaintiff's expert in Vocational Rehabilitation and provide testimony in response thereto. Additionally, Mr. Smolkin has requested an opportunity to personally interview and assess Rebecca Levasseur and her parents in order to complete his evaluation. Mr. Smolkin will give testimony regarding Rebecca's Levasseur's employment potential and any anticipated future economic impairment.

Defendants further assert that Mr. Smolkin may supplement his opinions based on additional information that may be produced in discovery, such as facts contained in deposition transcripts.

The words and terminology used in this designation are those of the lawyers drafting this pleading and may not necessarily be the choice of words and terminology used by the expert witness to express his opinion.

**(2)  Mona Yudkoff, R.N., M.P.H., C.R.R.N.**
P.O. Box 745
Bala Cynwyd, PA 19004

Ms. Yudkoff is a Certified Rehabilitation Registered Nurse, a Certified Case Manager, and a Certified Life Care Planner.

She is affiliated with the Association of Rehabilitation Nurses, the American Association of Legal Nurse Consultants, the American Association of Nurse Life Care Planners, and the American Academy of Certified Case Managers. She is a consultant to the Children's Seashore House and the Bancroft Neuro-Health.

Ms. Yudkoff has reviewed the relevant medical records produced thus far in discovery regarding the treatment of Rebecca Levasseur. She will base her opinions on her review of those medical records, facts contained in the deposition transcripts, her

education, knowledge, and extensive training and experience as a practicing Rehabilitation Registered Nurse, Case Manager and Life Care Planner.

Ms. Yudkoff will review and evaluate any Life Care Plan and/or testimony presented by Plaintiff's Life Care Plan expert, and she will testify in response thereto. Ms. Yudkoff may also testify to the nature and extent of any necessary future medical and rehabilitation treatment of Rebecca Levasseur.

The words and terminology used in this designation are those of the lawyers drafting this pleading and may not be the choice of words and terminology used by the expert witness to express their opinions.

**(3)** **Joel N. Morse, Ph.D.**
230 Stony Run Lane, #2F
Baltimore, MD 21210

Dr. Morse is offered as an expert witness in the area of economics. A copy of his curriculum vitae is attached.

Dr. Morse will base his opinions on his review of pertinent records and facts disclosed in discovery, as well as his education, knowledge, and experience.

Dr. Morse will review and evaluate any report prepared by and/or testimony presented by Plaintiff's economic expert, and he will testify in response thereto. Dr. Morse may testify to the present cash value of the economic claims alleged by the Plaintiff.

The words and terminology used in this designation are those of the lawyers drafting this pleading and may not be the choice of words and terminology used by the expert witnesses to express their opinions.

3

Respectfully submitted,

/s/ *Eric W. Gunderson*
_____
Hugh W. Farrell D.C. Bar #375515
Eric W. Gunderson D.C. Bar #499340
HUGH W. FARRELL & ASSOCIATES
8840 Stanford Blvd., Suite 2000
Columbia, Maryland 21045
(301)596-7222
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of March, 2007, a copy of the foregoing document and any attachments has been served on all counsel of record pursuant to the Court's ECM/EF system.

/s/ *Eric W. Gunderson*
_____
Eric W. Gunderson D.C. Bar #499340