UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSETTE LEVASSEUR, as Mother and Legal Guardian for REBECCA LEVASSEUR, a Minor, | * * * * | |
| Plaintiff, | * * | Case No. 06-cv-0680 (RMC) |
| v. | * * | |
| HOWARD UNIVERSITY HOSPITAL, et al., | * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**SECOND SUPPLEMENTAL EXPERT WITNESS DISCLOSURE
OF DEFENDANTS HOWARD UNIVERSITY AND
HOWARD UNIVERSITY HOSPITAL**

Howard University and Howard University Hospital, Defendants, by and through their attorneys Farrell & Gunderson, pursuant to Fed. R. Civ. P. 26(a)(2), identifies the following additional expert witness who may be called to testify on Defendants' behalf at trial:

(1)  **Alana L. Grajewski, M.D.**
     2838 Brickwell Avenue
     Miami, FL  33129

Dr. Grajewski maintains an active private practice in pediatric ophthalmology in Miami, Florida. She also serves as Director of the Pediatric Glaucoma Center and is a Clinical Professor of Ophthalmology at the University of Miami Miller School of Medicine, Bascom Palmer Eye Institute in Miami, Florida. Dr. Grajewski is Board Certified in Ophthalmology. A copy of her *Curriculum Vitae* is attached.

Through her education and professional experience Dr. Grajewski has expert medical knowledge in the field of Pediatric Ophthalmology and will be proffered to give

expert opinions at trial regarding that area of medicine. Additionally, Dr. Grajewski has extensive practical experience regarding the diagnosis and treatment, both medical and surgical, of congenital glaucoma.

Dr. Grajewski has reviewed the relevant medical records produced thus far in discovery regarding the treatment of Rebecca Levasseur, a Minor. Dr. Grajewski will base her opinions on her review of medical records, facts contained in depositions, her education, knowledge, extensive training and experience as a Pediatric Ophthalmologist.

It is anticipated that based on her review of the relevant materials in this case that Dr. Grajewski will opine that the Defendants, and their agents and employees, met the applicable standard of care in the care and treatment of Rebecca Levasseur. Dr. Grajewski will further testify that there is no evidence of negligence or deviation in standard of care rendered by Howard University or Howard University Hospital, or its agents or employees, that proximately caused the injury to the Plaintiff Rebecca Levasseur.

Specifically, it is Dr. Grajewski's opinion that the treating physician, Annemarie Etienne, M.D., did what any reasonable and prudent physician would have done in the same or similar situation by performing a medical exam of Rebecca Levasseur, with initial diagnosis and treatment to be reevaluated within a three-week period. Dr. Grajewski will opine that based on the findings of the examination the treatment was prudent and within the standard of care.

Dr. Grajewski will further testify on the issues of causation as it relates to Rebecca Levasseur's past and current medical and ophthalmologic conditions and past and current medical and ophthalmologic treatment.

Defendants further assert that Dr. Grajewski may supplement her opinions based on additional information that may be produced in discovery, such as facts contained in deposition transcripts and in additional medical records produced in discovery.

The words and terminology used in this designation are those of the lawyers drafting this pleading and may not necessarily be the choice of words and terminology used by the expert witness to express her opinion.

Respectfully submitted,

/s/ Eric W. Gunderson
_____
Hugh W. Farrell D.C. Bar #375515
Eric W. Gunderson D.C. Bar #499340
HUGH W. FARRELL & ASSOCIATES
8840 Stanford Blvd., Suite 2000
Columbia, Maryland 21045
(301)596-7222
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of May, 2007, a copy of the foregoing document and any attachments has been served on all counsel of record pursuant to the Court's ECM/EF system.

/s/ Eric W. Gunderson
_____
Eric W. Gunderson D.C. Bar #499340