# UNIVERSITY OR MIAMI
# CURRICULUM VITAE

1.    DATE:                        10/15/2006

## PERSONAL

2.    NAME:                        Alana L.Grajewski, M.D.

3.    HOME PHONE:                  (305) 854-2444

4.    OFFICE PHONE:                 (305) 389-9037 cell

5.    HOME ADDRESS:                2838 Brickell Avenue
                                   Miami, FL 33129

6.    CURRENT ACADEMIC RANK:       Clinical Professor of Ophthalmology, University of
                                   Miami Miller School of Medicine, Bascom Palmer
                                   Eye Institute

                                   Director, Pediatric Glaucoma Center, Bascom Palmer
                                   Eye Institute

7.    PRIMARY DEPARTMENT:          Ophthalmology

8.    SECONDARY OR JOINT APPT:     None

9.    CITIZENSHIP:                 U.S.A.

10.   VISA TYPE:                   N/A

## HIGHER EDUCATION

11.   **INSTITUTIONAL:**

      1971 – 1972        University of Southern California

      1972 – 1975        Stanford University, B.S.

      1980 – 1983        Chicago Medical School, M.D.

12.   **NON-INSTITUTIONAL**:          NONE

13.   **CERTIFICATION, LICENSURE:**

Certification:          American Board of Ophthalmology, October 22, 1988

Medical Licenses:      Florida – ME 0050567 (active)
                       California – G 87746 (active)
                       Pennsylvania – MD033625E


**EXPERIENCE**


14.   **ACADEMIC:**
      Director, Pediatric Glaucoma Center, University of Miami Miller School of Medicine,
      Bascom Palmer Eye Institute, Miami, Florida 2004 – present

      Clinical Professor of Ophthalmology, Voluntary Faculty, University of Miami Miller
      School of Medicine, Bascom Palmer Eye Institute, Miami, Florida 2006 - present

      Clinical Associate Professor of Ophthalmology, Voluntary Faculty, University of Miami
      Miller School of Medicine, Bascom Palmer Eye Institute, Miami, Florida 2002 - 2006

      Clinical Assistant Professor of Ophthalmology, Voluntary Faculty, University of Miami
      Miller School of Medicine, Bascom Palmer Eye Institute, Miami, Florida 2000 - 2002

      Assistant Professor of Ophthalmology, University of Miami Miller School of Medicine,
      Bascom Palmer Eye Institute, Miami, Florida 1989 – 1994

      Member, Curriculum Panel for Glaucoma, American Academy of Ophthalmology, 2004 -
      2005

      Mentor Associate Examiner, American Board of Ophthalmology, 2001 – Present

      Associate Examiner, American Board of Ophthalmology, 1992 – Present

      President of Medical Staff, Bascom Palmer Eye Institute, University of Miami Miller
      School of Medicine, 2002- 2004

      Vice President of the Medical Staff, Bascom Palmer Eye Institute, University of Miami
      Miller School of Medicine, 2001 - 2002

Recording Secretary of the Medical Staff, Bascom Palmer Eye Institute, University of Miami Miller School of Medicine, 1999 - 2001

15.    **NON ACADEMIC:**

President and Founder, The GL Foundation for Pediatric & Infantile Glaucoma, Miami, Florida, 1998 – Present

Executive Director & Co-Founder, The Friends of Wainwright Hammock, Miami, Florida 2002 -2004

President & Founder, The Cliff Hammock Neighborhood Association, Miami, Florida, 1994-2003

Chairman, Ophthalmology Advisory Panel, Department of Surgery Cedars Hospital, Miami, Florida 2001 - 2002

Chairman, Division of Ophthalmology, Department of Surgery Cedars Hospital, Miami, Florida, 1997 –1999

Permanent Panel, Distinguished Physician, Children's Medical Services (CMS), Florida Department of Health, Florida, 1998

Glaucoma Consultants of Florida, Private Practice: Dade, Broward and Palm Beach County, 1994 – Present

Executive Director, Miami Ophthalmologic Society, Miami, Florida, 1996 – Present

President, Miami Ophthalmologic Society, Miami, Florida, 1998 – 1999

16.    **MILITARY:**          NONE

**PUBLICATIONS**

17.   **BOOKS & MONOGRAPHS PUBLISHED:**

**Chapters:**

Grajewski AL, Ansari H: Surgery for Congenital Glaucoma: Further Surgical Options in Children, In Glaucoma, 1st edition. Edited by Drs. Shaaraway, Sherwood, Hitchings and Crowston. London, Elsevier, 2006

Grajewski AL : Pseudophakic and Aphakic Glaucoma, In: Duane TD (editor), Clinical Ophthalmology. Philadelphia, Harper & Row Publishers, 2005

Grajewski AL: Primary Infantile Glaucoma, In: Ophthalmology: Cases for Self Assessment. edited by Drs. Kuldev Singh, William Smiddy, and Andrew Lee, New York, Thieme Medical and Scientific Publishers, 1999

Grajewski AL : Pseudophakic and Aphakic Glaucoma, In: Duane TD (editor), Clinical Ophthalmology. Philadelphia, Harper & Row Publishers, 1996.

Grajewski AL, Parrish RK: Acute Glaucoma, In: The Clinical Practice of Emergency Medicine, Harwood-Nuss, A (editor), Philadelphia, J.B. Lippincott Co. 1990.

Grajewski AL, Nelson LB, and Muscarella MA: X-Linked Ophthalmic Disorders, In: Duane TD (editor) Biomedical Foundations of Ophthalmology. Chapter 57. Philadelphia, Harper & Row Publishers, 1987.

**Monographs:**

Grajewski AL: Focal Points: Clinical Modules for Ophthalmologists -Clinician's Comer Pigmentary glaucoma: New Insights. American Academy of Ophthalmology Volume XVI Number 2, March 1998.

Cartwright MJ, Grajewski AL, Anderson DR, et al.: Immune-Related Disease and Normal Tension Glaucoma: A Case-Control Study, Ophthalmology Digest, June 1992

Wright MM, Grajewski AL, and Feuer W J: Nd:Yag Cyclophotocoagulation: Outcome of Treatment for Uncontrolled Glaucoma, Ophthalmology Digest, August, 1991

18.   **REFERRED JOURNAL ARTICLES:**

Grajewski AL.  Treating Glaucoma During Pregnancy:  What we know and how to Proceed.  Glaucoma Today 2:27-28, 2004.

Collaborative Normal Tension Glaucoma Study Group:  Factors that predict the benefit of lowering Intraocular Pressure in Normal Tension Glaucoma.  Am J Ophthalmol  136: 820-824, 2003.

Collaborative Normal Tension Glaucoma Study Group: Risk Factor for Progression of Visual Field Abnormalities in Normal Tension Glaucoma.  Am J Ophthalmol  131:699-708, 2001.

Collaborative Normal Tension Glaucoma Study Group. Natural History of Normal-Tension Glaucoma. Ophthalmology 108:247-253, 2001.

Tsai JC, Grajewski AL. Surgical Revision of Glaucoma Drainage Implants. Journal of Glaucoma, October 1998.

Collaborative Normal-Tension Glaucoma Study Group. The Effectiveness of Intraocular Pressure Reduction in the Treatment of Normal-Tension Glaucoma. Am J. Ophthalmol 126: 498-505, 1998.

Collaborative Normal-Tension Glaucoma Study Group. Comparison of Glaucomatous Progression Between Untreated Patients with Normal-Tension Glaucoma and Patients with Therapeutically Reduced Intraocular Pressures. Am. J. Ophthalmol 126:487-497, 1998.

Wright MM,  Grajewski AL. Measurement of Intraocular Pressure after Epikeratophakia. British Journal of Ophthalmology 81:448-451, 1997.

Grajewski AL, Rader Janet, Parrish R. The Influence of Cataract Extraction on Functioning Filtering Bleb. An. Inst. Barraquer 25:745-747, 1996.

Tsai JC, Feuer WJ, Parrish RK, Grajewski AL 5-Fluorouracil Filtering Surgery and Neovascular Glaucoma. Long-term Follow-up of the Original Pilot Study. Ophthalmology 102:887-892, 1995.

Joos KM, Bueche MJ, Palmberg PF, Feuer WJ, Grajewski AL: One-Year Follow-up Results of Combined Mitomycin C Trabeculectomy and Extracapsular Cataract Extraction. Ophthalmology. 102:76- 83, January 1995.

Cohen SM, Flynn HW, Palmberg PF, Gass DM, Grajewski AL, Parrish RK. Treatment of Hyptony Maculopathy after Trabeculectomy. Ophthalmic Surgery & Lasers 26:435-441, September/October 1995.

Tsai JC, <u>Grajewski AL</u>: Cardiac Valvular Disease and Axenfeld-Rieger Syndrome. American Journal of Ophthalmology 118:255-256, August, 1994.

Smiddy WE, Rubsamen PE, <u>Grajewski AL</u>: Vitrectomy for Pars Plana Placement of a Glaucoma Seton. Ophthalmic Surgery 25:532-535, August 1994.

Wright MM, <u>Grajewski AL</u>: Polypropylene Suture Stent for Insertion of Glaucoma Tube Shunt Implants, Ophthalmic Surgery May 1994.

Cartwright MJ, Friedberg ML, Richard DW, Anderson DR, <u>Grajewski AL</u>: Reply to letter: Immune-related disease and normal tension glaucoma. Archives of Ophthalmology 111:23-24**,** January, 1993.

<u>Collaborative Normal-Tension Glaucoma Study Group</u>.  Errors in the Diagnosis of Visual Field Progression in Normal-tension Glaucoma.  Ophthalmology 101: 1589-1595, 1994.

Anderson DR, <u>Grajewski AL</u>, Hodapp E, Clarkson JG, Schiffman J and the Normal Tension Glaucoma Study Group: Intraocular pressure reduction in normal-tension glaucoma patients. Ophthalmology, 99:1468-1470, September, 1992.

Cartwright MJ, <u>Grajewski AL</u>,  Friedberg ML, Anderson DR, Richards DW: Immune-Related Disease and Normal-Tension Glaucoma: A Case Controlled Study. Archives of Ophthalmology 110:500-502, April 1992.

Wright MM,  <u>. Grajewski AL</u>, Measurement of Intraocular Pressure with a Flat Anterior Chamber. Ophthalmology 98:1854-1857, December 1991.

<u>Grajewski AL</u>, Ferrari-Dileo G, Feuer WJ, Anderson DR: Beta-Adrenergic Responsiveness of Choroidal Vasculature. Ophthalmology 98:989-995, June 1991.

Wright MM, <u>Grajewski AL</u>, Feuer WJ: Nd:Yag Cyclophotocoagulation: Outcome of Treatment for Uncontrolled Glaucoma. Ophthalmic Surgery 22:279,283, May 1991.

Wright MM, <u>Grajewski AL</u>, Cristol SM, Parrish RK: 5-Fluorouracil After Trabeculectomy and the Iridocorneal Endothelial Syndrome. Ophthalmology 98:314-316, March 1991.

19.    **OTHER WORKS AND PUBLICATIONS**:

Wright MM, <u>Grajewski AL.</u> Feuer WJ: Nd:Yag Cyclophotocoagulation: Outcome of Treatment for Uncontrolled Glaucoma. Ophthalmology Digest 5:8, 1991.

20.    **OTHER WORKS ACCEPTED FOR PUBLICATIONS**:

Wright MM, Park D, <u>Grajewski AL</u>, Holland EJ: Epithelia Ingrowth Following Glaucoma Tube Implant.

Tutiven J, Akerman D, <u>Grajewski AL</u>:  Airway Collapse in an Infant with Rubinstein – Taybi Syndrome.  Journal of Anesthsia.

## **PROFESSIONAL**

21.    **FUNDED RESEARCH PERFORMED**:

National Research Service Awards (T 32 EY07021-13), National Eye Institute.

22.    **EDITORIAL RESPONSIBILITIES**:

Manuscript, Review of Ophthalmology

Manuscript, Review for Archives of Ophthalmology

Manuscript, Review for American Journal of Ophthalmology

Manuscript, Review for British Journal of Ophthalmology

23.    **PROFESSIONAL AND HONORARY ORGANIZATIONS**

Alpha Omega Alpha Honor Medical Society

American Academy of Ophthalmology

The Pennsylvania Academy of Ophthalmology

American Glaucoma Society

Miami Ophthalmological Society

Association for Research in Vision and Ophthalmology

American Association of University Women

24.    **HONORS AND AWARDS**:

| | |
|---|---|
| Professional: | Honor Award, American Academy of Ophthalmology -1995 |
| | Weitzmann Institute of Science, *Woman of Vision* - 2004 |
| | Woodward & White The Best Doctors in America, 1995 - 2005 |
| | Woodward & White, The Best Doctors in America: Southeast Region, 1996 - 2005 |
| | Consumers' Research Council of America, Guide to America's Top Ophthalmologists, 2002-2003 |
| | Golden Glove Award for Contributions in the Treatment & Education of Glaucoma Awareness, 1998 |
| Post Graduate: | National Research Service Award - 1989 |
| Medical School: | Summa cum laude and Honors with exceptional distinction |
| | Alpha Omega Alpha Honor Medical Society-1982 |
| | The Board of Trustees Award: Outstanding Clinician 1983 |
| | Scholar Award - Class Rank: #1 |
| College: | Dean's List, University of Southern California, 1971 -1972 |
| | Science Honors Program: Medical Microbiology, Stanford University, 1972- 1973 |
| | Science Honors Program: Neurobiology Stanford University, 1973-1974 |

25. **POST DOCTORAL FELLOWSHIP**:

| | |
|---|---|
| 1983-1984 Internship Internal Medicine | University of California Los Angeles (UCLA) Los Angeles, California |
| 1984-1987 Residency Ophthalmology | Wills Eye Hospital Philadelphia, Pennsylvania |

| | |
|---|---|
| 1987-1988 Glaucoma Clinical Fellow | Bascom Palmer Eye Institute Miami, Florida |
| 1988-1989 Glaucoma Research Fellow | Bascom Palmer Eye Institute Miami, Florida |

26. **OTHER PROFESSIONAL ACTIVITIES**:

**Presentation & Courses**:

Invited Speaker, Northwest Ophthalmologic Society, Progression at the Perfect Pressure, Schaumburg, Illinois, March, 2006

Invited Speaker, Bascom Palmer Eye Institute, Battle on the Beach IV: Rumble at the Ritz, Pediatric Glaucoma on my Mind: Essential Tips for Survival, Key Biscayne, Florida, February 10, 2006

Invited Speaker, Visiting Professor, Mt. Sinai Medical Center, Department of Ophthalmology, The Diagnosis and Management of Primary Pediatric Glaucoma, New York New York, February 8, 2006

Invited Speaker, AAO Evening Spotlight: Glaucoma and More, Glaucoma and Congenital Cataracts, Chicago, Illinois, October, 2005

Invited Speaker, Palm Beach Ophthalmology Society, Compliance in Glaucoma Patients – Tricks of the Trade, West palm Beach, Florida, May, 2005

Invited Speaker, Bascom Palmer Eye Institute, New Horizons in Ophthalmology: Glaucoma's New Dilemma: Hypotony; Management of Inflammatory Glaucoma; Glaucoma Associated with Elevated Episcleral Venous Pressure, Aspen, Colorado, And April, 2005

Invited Speaker, Patient Advocate Foundation and Assistance Program for the Under Insured, How to Respond to Immediate Need: Pediatric Glaucoma, National Press Club, Washington, D.C., March, 2005

Invited Speaker, American Glaucoma Society, Goniotomy – Current Techniques / Glaucoma In Children AGS Mini-Symposium, Snowbird, Utah, March, 2005

Invited Speaker, Grand Rounds Presentation, University of Minnesota Department of Ophthalmology, Management of Glaucoma Associated with Elevated Episcleral Venous Pressure, Minneapolis, Minnesota, January, 2005

Invited Speaker, Grand Rounds Presentation Dartmouth-Hitchcock Ophthalmology Grand Rounds, Dartmouth Medical School, NTG: Between a Rock and a Hard Place, Lebanon, New Hampshire, October, 2004

Invited Speaker, North Carolina Ophthalmology Society Meeting, Management of Glaucoma: A Practical Everyday Approach, Asheville, North Carolina, September, 2004

Invited Speaker, New Orleans Society of Ophthalmology, Case Studies in Glaucoma Management, New Orleans, Louisiana, May, 2004

Invited Speaker, Center Valley Ophthalmology Association, Glaucoma Medical Management: Which Med Next and Why, Center Valley, Pennsylvania, March, 2004

Invited Speaker, AAO & AGS Glaucoma Subspecialty Day, Glaucoma Medical Therapy in the Pregnant Patient, Anaheim, California, November, 2003

Invited Speaker, Ophthalmology Society of Portland, Compliance in Glaucoma Management, Portland, Maine October, 2003

Invited Speaker, George Washington University, When, Where, and Why Use Glaucoma Drainage Implants, Washington, DC, June 2003

Invited Speaker, Ophthalmology Society of Albany, Medical Management of Glaucoma, Albany, New York, May, 2003

Invited Speaker, Bascom Palmer Eye Institute, New Horizons in Ophthalmology: Management of Pediatric Glaucoma; New Surgical Therapies; New Drugs for Glaucoma Therapy, Aspen, Colorado, April, 2003

Invited Speaker, Ophthalmology Community Roundtable, Normal Tension Glaucoma; When do We Scan?, March, 2003

Invited Speaker, Richmond Ophthalmic Society Meeting, Medical Management of Glaucoma, Richmond, Virginia, March, 2003

Invited Speaker, Bascom Palmer Eye Institute, Controversies in Glaucoma Management Battle on the Beach, Video Pearls, Miami Beach, Florida February,

2003

Moderator & Speaker, The Royal Hawaiian Eye Meeting, Glaucoma Breakfast Symposium, Maui, Hawaii, January, 2003

Invited Speaker, Congreso Ecuatoriano de Oftalmologia, Diagnosis and Treatment of Primary Infantile Glaucoma, Guayaquil, Ecuador, October 2002

Course Instructor, American Academy of Ophthalmology, Orlando, Florida, October 2002

Invited Speaker, Ophthalmic Society, Medical Management of Glaucoma, St. Louis, Missouri, April 2002.

Invited Speaker, Charleston Ophthalmic Society, Difficult Case Management in Glaucoma, Charleston South Carolina, April 2002.

Invited Speaker, Houston Ophthalmologic Society, Vision Problems in America: Juvenile Glaucoma, Houston Texas, March 2002.

Consultant Participant, Vision Problems in the U.S. / Prevent Blindness America, Washington D.C., March 2002.

Invited Speaker, Bascom Palmer Eye Institute 40th Anniversary Scientific Meeting, International Philanthropy for Glaucoma Care - The GL Foundation, Miami, Florida, February 2002.

Invited Speaker, The Ophthalmologic Society of Columbia, Management of Glaucoma in Adolescents & Adults, Columbia, South Carolina, January 2002.

Course Instructor, AAO, Breakfast with the Experts: Normal Tension Glaucoma, New Orleans, Louisiana, November, 2001

Invited Speaker AAO, Surgical Techniques and Long-term Follow-up with the Baerveldt Glaucoma Implant, November, 2001

Invited Consultant, The Midwest Glaucoma Society, Management of Pediatric Glaucoma, Chicago, Illinois, October 2001.

Invited Speaker, The Midwest Glaucoma Society, Medical Management of Glaucoma in Pregnancy, Chicago, Illinois, October 2001.

Invited Speaker, Women in Ophthalmology, Normal Tension Glaucoma: Does

This Eye Have It? Aspen, Colorado, August, 2001

Invited Consultant, Glaucoma Consultants of South Maine, Early Diagnosis & Treatment of Primary Infantile Glaucoma, Portland, Maine, August 2001

Invited Speaker, New England Ophthalmologic Society, Medical Management of Glaucoma in Adolescents & Adults, Freeport, Maine, August 2001.

Invited Speaker, 37th Annual Residents' Days, Bascom Palmer Eye Institute, Intraocular Pressure Effect on Strabismus following Implantation of Glaucoma Drainage Device, Miami, Florida, June 2001.

Invited Speaker, Atlanta Ophthalmologic Society, Normal Tension Glaucoma, Atlanta, Georgia, June 2001.

Invited Speaker, Ophthalmologic Society of Jacksonville, New Paradigms in Glaucoma Management, Jacksonville, Florida, May 2001.

Visiting Professor, Duke University Resident Grand Rounds, Medical Management and the Target Pressure, Raleigh Durham, North Carolina, April 2001.

Invited Speaker, The Greensbourgh Ophthalmology Society, Changes in Medical Management for Primary Open Angle Glaucoma, Greensbourgh, North Carolina, April 2001.

Visiting Professor, University of North Carolina Resident Grand Rounds, Medical Management and the Target Pressure, Chapel Hill North Carolina, April 2001.

Invited Speaker, International Glaucoma Symposium Czech Republic Ophthalmologic Society, Glaucoma Shunt Surgery - Live Surgery, Czech Republic, Prague, March, 2001.

Invited Speaker, Zurich Society, Advances in Pediatric Glaucoma, Zurich Switzerland, March 2001.

Invited Speaker, Academy of Optometric Association - Miami Nice, New Thoughts on the Treatment of Normal Tension Glaucoma, Miami, Florida, March 2001.

Invited Speaker, The West Palm Beach Ophthalmology Society, Medical Management for Primary Open Angle Glaucoma, West Palm Beach, Florida,

December 2000.

Invited Speaker, Bascom Palmer Eye Institute XXll Inter-American Course in Clinical Ophthalmology, Primary Infantile Glaucoma, Miami Florida, November, 2000.

Invited Participant, European Glaucoma Society, 360° Trabeculotomy in Primary Infantile Glaucoma, London, England, July 2000.

Visiting Professor, Congenital Glaucoma, Quinze-Vingts Centre Hospitalier National D'Ophtalmologie, Paris, France, July 2000.

Invited Speaker, The Palm Beach County Ophthalmology Society, Glaucoma Associated with Elevated Episcleral Venous Pressure. West Palm Beach, Florida, May, 2000.

Invited Speaker, Bascom Palmer Eye Institute- Glaucoma Trade Secrets, Intraocular Pressure and Risk of Vascular Occlusion. Bascom Palmer Eye Institute, Miami, Florida, February, 2000.

Invited Speaker, South Miami Glaucoma Roundtable, Case Studies in the Management of Glaucoma Patients. Miami, Florida, January, 2000.

Invited Participant, Glaucoma 2000. Hong Kong,China, December 1999.

Invited Speaker, Ophthalmologic Society of Evansville, Difficult Management Problems in Glaucoma: Primary Infantile Glaucoma. Evansville, Indiana, November 1999.

Invited Speaker, Program Chairman, Florida Society of Ophthalmology Annual Meeting.  Therapeutic Pathways for Glaucoma.  Bal Harbour Miami Beach, Florida, September 1999.

Invited Speaker, El Salvador Ophthalmologic Society, Primary Infantile Glaucoma: Identification and Management. El Salvador, August 1999.

Invited Speaker, Broward Society of Ophthalmology, Case Studies in the Management of Glaucoma. Boca Raton, Florida, June 1999.

Invited Speaker, Merck Regional Consultant Meeting, The Diagnosis and Management of Normal Tension Glaucoma. Pinehurst, North Carolina, June 1999.

Invited Speaker, Alphagan Regional Advisory Board Meeting, Autonomic

Receptors in the Eye. Irvine, California, June 1999.

Invited Speaker, Tampa Ophthalmologic Society, Hyptony Following Glaucoma Filtering Surgery. Tampa, Florida, April 1999.

Invited Speaker, University of Minnesota School of Medicine Department of Ophthalmology, Current Concepts in Ophthalmology, Bleb Infections. Minneapolis, Minnesota, March 1999.

Invited Speaker, University of Minnesota School of Medicine Department of Ophthalmology, Current Concepts in Ophthalmology, Hyptony and Late Serous Choroidal Detachments. Minneapolis, Minnesota, March 1999.

Invited Speaker, University of Minnesota School of Medicine Department of Ophthalmology, Current Concepts in Ophthalmology, Glaucoma Management Overseas. Minneapolis, Minnesota, March 1999.

Invited Speaker, University of North Carolina at Chapel Hill, Department of Ophthalmology, Grand Rounds case presentation and speaker, Primary Infantile Glaucoma. Chapel Hill, North Carolina, February 1999.

Invited Speaker, National Federation of the Blind (NFB), Annual State Meeting, Advances in Glaucoma Management. Palm Beach Florida, October 1998.

Invited Speaker, National Federation of the Blind (NFB) Parents of Blind Children, Annual State Meeting, Advances in Pediatric & Infantile Glaucoma Palm Beach Florida, October 1998.

Invited Speaker, Romanian Academy of Ophthalmology Annual Meeting, The Diagnosis and Treatment of Primary Infantile Glaucoma. University School of Medicine, Lasi, Romania, May 1998.

Invited Speaker, Conferencias Magistrales, Avances en Glaucoma, Terapia Efectiva para el Tratamiento del Glaucoma (Effective Therapy for the Treatment of Glaucoma). Caracas, Venezuela, March 1998.

Invited Speaker, Conferencias Magistrales, Avances en Glaucoma, Terapia para Glaucoma Pediatrico e Infantil (Treatment for Pediatric and Infantile Glaucoma). Caracas, Venezuela, March 1998.

Invited Speaker, University of Southern California Doheny Eye Institute, Management of complications following Glaucoma Filtering Surgery. Los Angeles, California, September 1997.

Poster Presentation, Intraocular Pressure Measurement in Patients with Automated Lameliar Keratoplasty (ALK). Association for Research in Vision and Ophthalmology, Ft. Lauderdale, Florida May 1996.

Poster Presentation, Surgical Revision of Glaucoma Shunt Implants, American Academy of Ophthalmology, Chicago, Illinois October 1996.

Instructor, How to Manage It All: Career, Family, and Household, American Academy of Ophthalmology, Chicago, Illinois October 1996.

Invited Speaker, New Jersey Academy of Ophthalmology, Management of Complications in Glaucoma Surgery, Long Branch New Jersey, March 1996.

Invited Speaker, Grand Rounds George Washington University Department of Ophthalmology, Indications & Complications of Seton Surgery. November 1995.

Instructor, Laser Applications in Glaucoma - Transscleral Cyclophotocoagulation, American Academy of Ophthalmology, Atlanta, Georgia October 1995.

Instructor, How to Manage It All: Career, Family, and Household, American Academy of Ophthalmology, Atlanta, Georgia October 1995.

Presentation, Bleb Dysesthesia, American Glaucoma Society, Key West, Florida February 1995.

Instructor, Laser Applications in Glaucoma - Transscleral Cyclophotocoagulation, American Academy of Ophthalmology, San Francisco, California 1994.

Invited Speaker, Primary Infantile Glaucoma: Diagnosis & Management, La Association Costarricense de Oftalmologia, San Jose, Costa Rica, June 24, 1994.

Instructor, How to Manage It All: Career, Family, and Household, American Academy of Ophthalmology, San Francisco, California 1994.

Invited Speaker, Implants for the Glaucoma Patient, Ophthalmic Update 1994, The American Society of Ophthalmic Registered Nurses of South Florida, Bascom Palmer Eye Institute, Miami, Florida, January 29, 1994.

Invited Speaker, Iridocorneal Endothelial Syndromes. Trade Secrets Recent

Advanced in The Treatment of Secondary Glaucomas, Bascom Palmer Eye Institute, Miami, Florida, December 4, 1993.

Invited Speaker, Syndrome Endotelial Iridocorneal, XV Curso Interamericano de Oftalmologia Clinica. Bascom Palmer Eye Institute, November 20 - 24, 1993.

Presentation, Treatment of Post-Trabeculectomy Hypotony Maculopathy, American Academy of Ophthalmology, Chicago, Illinois, November 1993.

Poster Presentation, One Year Follow-Up Results of Combined Mitomycin C Trabeculectomy and Extracapsular Cataract Extraction, American Academy of Ophthalmology, Chicago, Illinois, November 1993.

Instructor, Laser Applications in Glaucoma - Transscleral Cyclophotocoagulation, American Academy of Ophthalmology, Chicago, Illinois, November 1993.

Conference, Invited Speaker - Department of Ophthalmology, Medical College of Georgia, Augusta, Georgia, October 8 - 9, 1993.

Conference, Invited Speaker - Influence of Cataract Extraction on Functioning Filtering Blebs, Instituto de Barraquer, Barcelona, Spain, September, 1993.

Presentation, Pars Plana Vitrectomy & Glaucoma Drainage Implant, International Symposium of Ophthalmology, Bordeaux, France, Sept 1993.

Conference, Invited Speaker - Vascular Disease of the Eye and Glaucoma Issues, 79th Annual meeting Colorado Ophthalmological Society, July 30 - August 3, 1993.

Poster Presentation, Accuracy of Tonometry with Epikeratophakia, Association for Research in Vision and Ophthalmology, Sarasota, Florida, May 1993.

Poster Presentation, Penetration Force and Needle Type in Ocular Anesthesia, Association for Research in Vision and Ophthalmology, Sarasota, Florida May 1993.

Abstract, Longevity of Argon Laser Trabeculoplasty: Time to Trabeculectomy, Association for Research in Vision and Ophthalmology, Sarasota, Florida May 1993.

Invited Speaker, Retrobulbar Anesthesia.  Grand Rounds University of

Minneapolis, Minnesota. April 1993.

Conference, Invited Speaker - Complications of Antimetabolites Mitomycin and 5-FU & Complications of Drainage Devices - Molteno & Baerveldt, Trade Secrets, March 6, 1993.

Instructor, Laser Applications in Glaucoma -Transscleral Cyclophotocoagulation, American Academy of Ophthalmology, Dallas, Texas, November 1992.
Invited Speaker, Glaucoma Surgery Update, Curso Interamericano de Oftalmologia Clinica. Bascom Palmer Eye Institute, Miami, Florida, November 1992.

Invited Speaker, Glaucoma Surgery Update. Florida Society of Ophthalmology, Annual Meeting, Palm Beach Gardens, Florida, June 1992.

Invited Speaker, Glaucoma Drainage Devices. Grand Rounds Glaucoma Symposium, Georgetown University Medical Center, March 1992.

Poster Presentation, Reduced Dose of 5-Fluorouracil in Glaucoma Filtering Surgery. American Academy of Ophthalmology Annual Meeting, Anaheim, California, October 1991.

Instructor, Co-Director, Laser Applications in Glaucoma - Transscleral Cyclophotocoagulation, American Academy of Ophthalmology, Anaheim, California, October 1991.

Invited Speaker, Complications of Filtering Surgery. Curso Interamericano de Oftalmologia Clinica. Bascom Palmer Eye Institute, Miami, Florida, October 1991.

Invited Speaker, Management of the Patient with Both Cataract and Glaucoma, Glaucoma Symposium: New Developments in the Therapy of Glaucoma, American Academy of Ophthalmology, Atlanta, Georgia, October 1990.

Instructor, Laser Applications in Glaucoma - Transscleral Cyclophotocoagulation, American Academy of Ophthalmology, Atlanta, Georgia, October 1990.

Poster Presentation, Use of 5-Fluorouracil Following Trabeculectomy in Patients with Iridocorneal Endothelial (ICE) Syndrome. American Academy of Ophthalmology Annual Meeting, Atlanta, Georgia, October 1990.

Invited Speaker, 5-Fluorouracil in Primary Phakic Filters & Combined Procedures. Trade Secrets Glaucoma Surgery Course, Bascom Palmer Eye Institute, Miami, Florida, October 12, 1990.

Abstract and Presentation, Vascular Response of the Choroid to Beta Blockers, Association for Research in Vision and Ophthalmology, Sarasota, Florida, May 1990.

Poster Presentation, Immune-Related Disease and Normal Tension Glaucoma. Association for Research in Vision and Ophthalmology, Sarasota, Florida, May 1990.

Poster Presentation, Nd:YAG Cyclophotocoagulation: Outcome of Patients Treated 1986 - 1989. Association for Research in Vision and Ophthalmology, Sarasota, Florida, April 29 - May 4, 1990.

5-Fluorouracil in Combined Procedures. Ophthalmology Faculty Meeting in Palm Springs, California, December 1989.

Invited Speaker, Molteno Valve Implants: Indications and Complications. Curso Interamericano de Oftalmologia Clinica. Bascom Palmer Eye Institute, Miami, Florida, November 1989.

Instructor, Glaucoma Argon and Nd: Yag Laser Application, American Academy of Ophthalmology, New Orleans, Louisiana, October 1989.

Invited Speaker, Interpretation of Automated Visual Fields. Trade Secrets Visual Field Course, Bascom Palmer Eye Institute, Miami, Florida, June 9, 1989.

The Vascular Response of the Choroid to Topical and Systemic Beta Blockers. Resident's Day, Bascom Palmer Eye Institute, Miami, Florida, June 1989.

Instructor, Laser Applications in Glaucoma. American Academy of Ophthalmology, Las Vegas, Nevada, October 1988.

Cholinergic and Adrenergic Influence on Choroidal Vascular Resistance. Resident's Day, Bascom Palmer Eye Institute, Miami, Florida, June 1988.

## TEACHING

Director, Pediatric Glaucoma Center, University of Miami Milleer School of Medicine, Bascom Palmer Eye Institute, Miami, Florida 2004 – present

Clinical Professor of Ophthalmology, Voluntary Faculty, University of Miami Miller School of Medicine, Bascom Palmer Eye Institute, Miami, Florida 2006 – present

Clinical Associate Professor of Ophthalmology, Voluntary Faculty, University of Miami Miller School of Medicine, Bascom Palmer Eye Institute, Miami, Florida 2002 - 2006

Clinical Assistant Professor of Ophthalmology, Voluntary Faculty, University of Miami Miller School of Medicine, Bascom Palmer Eye Institute, Miami, Florida 2000 - 2002

Assistant Professor of Ophthalmology, University of Miami Miller School of Medicine, Bascom Palmer Eye Institute, Miami, Florida 1989 – 1994

Coordinator, Bascom Palmer Clinical Elective in Ophthalmology, Bascom Palmer Eye Institute, University of Miami Miller School of Medicine, 1993 -1994

University of Miami Medical Women's Association - The Mentor Program, University of Miami Miller School of Medicine, 1997 -1999

Eastern Student Research Forum, University of Miami Miller School of Medicine 1993 - 1994

27. **TEACHING AWARDS RECEIVED:**

Outstanding Instructor Award, Immunology, Stanford University, Stanford, California, 1975.

28. **THESIS AND DISSERTATION ADVISING:**

None

**SERVICE**

29. **UNIVERSITY COMMITTEE AND ADMINISTRATIVE RESPONSIBILITIES:**

**Bascom Palmer Eye Institute**

Director, Pediatric Glaucoma Center 2004 – present

President Medical Staff 2002 – 2004

Vice President Medical Staff March 2001-2002

Recording Secretary to the Medical Staff, 1999 -2001

Representative to the Medical Board July 1997- 2004

Representative- Operating Room Committee July 1996- 2004

PIP representative for Bascom Palmer Eye Institute 1989-1991

University of Miami Clinical Elective in Ophthalmology, Coordinator 1991

Endowment Committee, Edward W. D. Norton Chair in Ophthalmology,

Member 1991

**University of Miami School of Medicine**

19

University of Miami Medical Women's Association - The Mentor Program, University of Miami Miller School of Medicine, 1997 -1999

Supervision Voluntary Faculty, Glaucoma Fellows Bascom Palmer Eye Institute, 1993 - present

**Administrative Positions in Professional Organization:**

President Medical Staff, Bascom Palmer Eye Institute, July 2002 - 2004

Vice President Medical Staff, Bascom Palmer Eye Institute, March 2001 – 2002

Recording Secretary Medical Staff, Bascom Palmer Eye Institute, 1999 - 2001

Program Chairman and Executive Committee, Florida Society of Ophthalmology Annual Conference September 1999.

Regional Director Glaucoma 2001 - Broward, Dada, and Monroe Counties 1996-2001.

President and Founder, The GL Foundation for Pediatric & Infantile Glaucoma 1998 - present

Miami Ophthalmological Society (MOS) - Executive Director 1995- present

Miami Ophthalmological Society (MOS) - President 1998 –1999

Miami Ophthalmological Society (MOS) -Vice President 1997-1998

Miami Ophthalmological Society (MOS) - Treasurer 1996-1997

Miami Ophthalmological Society (MOS) - Corresponding Secretary 1995-1996

Miami Ophthalmological Society (MOS) - Recording Secretary 1994-1995

**Cedars Hospital**

Member, Surgical Review Committee, Department of Surgery Cedars Hospital, Miami, Florida 200-2001

Chairman, Ophthalmology Advisory Panel, Department of Surgery Cedars Hospital, Miami, Florida 2001 - 2002

Chairman, Division of Ophthalmology, Department of Surgery Cedars Hospital, Miami, Florida, 1997 –1999

Member, Credentials Committee, Cedars Hospital, Miami, Florida, 1996-1999

Chairman, Division of Ophthalmology, Department of Surgery 1997-1999 Infection and Disease Control Committee 1999

## 30. COMMUNITY ACTIVITIES:

President, Cliff Hammock Homeowners Association, 1994 -2003

Member of the Board for Development Laura B. Cushman School 1999-2001

Member, Dade Heritage Trust, 1994 - present

Board Member, "*Friends of Wainwright Hammock*", 2002 - present

Ophthalmology care participant, Project DAWN (Donors and Workers Now)