UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSETTE LEVASSEUR, as Mother and Guardian :
for REBECCA LEVASSEUR, a Minor
                                                 :

      Plaintiff,                                      Civil Action No. 06-0680

                                                 Judge Rosemary M. Collyer

v.                                                   :

HOWARD UNIVERSITY HOSPITAL, et al.    :

      Defendants.                                   :

## WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of Lisa D. Barnett, as co-counsel for the Plaintiff in the above-referenced action. The Plaintiff continues to be represented by Salvatore J. Zambri and Jacqueline T. Colclough with the law firm of Regan Zambri & Long, PLLC.

                                                  /s/
                                Salvatore J. Zambri    #439016
                                Jacqueline T. Colclough  #434483
                                Regan Zambri & Long, PLLC
                                1919 M Street, N.W., Suite 350
                                Washington, DC 20036
                                *Attorneys for the Plaintiff*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Withdrawal of Appearance was electronically filed and mailed, postage prepaid, this __26th__ day of October, 2007 to:

>Hugh W. Farrell, Esquire
>Eric W. Gunderson, Esquire
>Hugh W. Farrell & Associates
>8840 Stanford Blvd., Suite 2000
>Columbia, MD  21045

/s/
Salvatore J. Zambri

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030