UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

JOSETTE LEVASSEUR, Individually, and     *
  as Mother and Legal Guardian for
  REBECCA LEVASSEUR, a Minor,     *

    Plaintiff,     *     Case No. 06-cv-0680 (RMC)

v.     *

HOWARD UNIVERSITY HOSPITAL,     *
  et al.,
                       *

    Defendants.
                            *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT PETITION FOR COURT APPROVAL OF SETTLEMENT**

Plaintiff Josette Levasseur, Individually, and as Mother and Legal Guardian for Rebecca Levasseur, a Minor, and Defendants Howard University and Howard University Hospital, by and through their respective attorneys, jointly move for an Order approving a settlement of this action and disbursement of settlement proceeds.

In support hereof, the parties state:

1.  This is a civil action in which Plaintiff asserts claims of medical negligence against Howard University and Howard University Hospital, and its agents and employees.

2.  The Complaint alleges, *inter alia*, that Howard University and Howard University Hospital breached the duty and standard of care it owed to Plaintiff and her minor child, Rebecca Levasseur, in the course of providing ophthalmologic care and treatment to Rebecca.

3.  The Defendants filed an Answer denying all claims of negligence and further denying that any alleged negligence on the part of Defendants proximately caused the claimed injuries and damages.

4.  The parties engaged in full and complete discovery of the claims and defenses asserted, including the discovery of designated medical and other expert witnesses.

5. Following discovery Plaintiff made an initial settlement demand, and thereafter the parties voluntarily participated in private mediation with Retired Judge Howard S. Chasanow.

6. At the conclusion of a full day of mediation, the parties continued to engage in settlement discussions through the assistance of Judge Chasanow, which has now resulted in an agreement reached between the parties for full and final settlement of all claims asserted.

7. A copy of the written settlement documents, which include the Confidential Settlement Agreement and Release, Uniform Qualified Assignment and Release, Structured Settlement Assignment Agreement, and Petition for Attorneys Fees and Costs are provided herewith to the Court for its review *in camera*.

8. The parties' agreement provides, *inter alia*, that this action will be dismissed with prejudice in its entirety in consideration of the Defendants' promise to pay a certain cash sum for the benefit of the minor Plaintiff, Rebecca Levasseur, as well as Defendants' promise to additionally purchase an annuity and/or annuities to fund periodic payments for the benefit of Rebecca Levasseur.

9. Plaintiff Josette Levasseur, individually and as Mother and Legal Guardian for Rebecca Levasseur, a minor, respectfully submits that the settlement achieved as set forth in the Confidential Settlement and Release Agreement is clearly in the best interests of Rebecca Levasseur.

10. Accordingly, the parties respectfully request that this Court approve the settlement.

11. A hearing on this Motion and on the parties' request for approval of the settlement is set for today, Friday, November 30, at 2:15 p.m.

**WHEREFORE**, the parties request that this Court enter an Order approving the settlement of this action and disbursement of the settlement proceeds as set forth in the Confidential Settlement and Release Agreement, Uniform Qualified Assignment and Release, Structured Settlement Assignment Agreement, and Petition for Attorneys Fees and costs, all of which have been submitted to the Court for its review *in camera*.

Respectfully submitted,

*/s/ Salvatore J. Zambri*
*Signed by Eric W. Gunderson with the*
*authorization of Salvatore J. Zambri*
_____

Salvatore J. Zambri, Esq.
REGAN ZAMBRI & LONG, P.L.L.C.
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036
*Attorneys for the Plaintiff*


 */s/ Eric W. Gunderson*
_____
Hugh W. Farrell D.C. Bar #375515
Eric W. Gunderson D.C. Bar #499340
FARRELL & GUNDERSON
Columbia Corporate Park
8840 Stanford Boulevard, Suite 2000
Columbia, MD 21045
(301) 596-7222
*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2007, a copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.


 */s/ Eric W. Gunderson*
_____
Eric W. Gunderson

3