UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JOSETTE LEVASSEUR**, Individually, and as Mother and Legal Guardian for **REBECCA LEVASSEUR**, a Minor, | * * | |
| Plaintiff, | * | Case No. 06-cv-0680 (RMC) |
| v. | * | |
| **HOWARD UNIVERSITY HOSPITAL,** et al., | * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER APPROVING JOINT SETTLEMENT PETITION

UPON CONSIDERATION OF the parties Joint Petition for Court Approval of Settlement, as well as consideration of the Confidential Settlement and Release Agreement, Uniform Qualified Assignment and Release, Structured Settlement Assignment Agreement, and Petition for Attorneys' Fees and Costs which were provided to the Court for review *in camera*, and which will be kept by the Court under seal, it is this _____ day of _____, 2007, hereby

**ORDERED** that the settlement and disbursement of proceeds as set forth in the Confidential Settlement and Release Agreement, Uniform Qualified Assignment and Release, Structured Settlement Assignment Agreement, and Petition for Attorneys' Fees and Costs, all of which were provided to the Court for review *in camera*, be and hereby are approved; and it is further

**ORDERED** that the Confidential Settlement and Release Agreement, Uniform Qualified Assignment and Release, Structured Settlement Assignment Agreement, and Petition for Attorneys' Fees and Costs are incorporated in but not merged with this Order; and it is further

**ORDERED** that Josette and Jean Levasseur, as parents and natural guardians of Rebecca Levasseur, a minor, shall execute the Structured Settlement Assignment Agreement, which will be attached to this Order as Exhibit 1 and kept under seal, and it is further

**ORDERED** that this civil action be and hereby is dismissed in its entirety with prejudice.

_____
Judge Rosemary M. Collyer
United States District Court for the
  District of Columbia